IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTRAZENECA LP, AKTIEBOLAGET DRACO, KBI INC. and KBI-E INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. _____ |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) ) ) | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs AstraZeneca LP, Aktiebolaget Draco, KBI Inc. and KBI-E Inc. (collectively, "Plaintiffs"), by their attorneys, for their complaint against Mylan Pharmaceuticals, Inc. ("Mylan"), allege as follows:

## THE PARTIES

1.      Plaintiff AstraZeneca LP is a limited partnership organized and existing under the laws of the State of Delaware, and has its principal place of business at 1800 Concord Pike, Wilmington, Delaware 19850-5437.

2.      Plaintiff Aktiebolaget Draco is a corporation organized and existing under the laws of Sweden and has its principal place of business at Lund, S-221 00, Sweden.

3.      Plaintiff KBI Inc. ("KBI") is a Delaware corporation having its principal place of business at Whitehouse Station, New Jersey.

4.      Plaintiff KBI-E Inc. ("KBI-E") is a Delaware corporation having its principal place of business at Wilmington, Delaware.

5.      Upon information and belief, Defendant Mylan Pharmaceuticals, Inc. is a corporation organized and existing under the laws of the State of West Virginia and has a

principal place of business at 781 Chesnut Ridge Road, Morgantown, West Virginia, 26505. Mylan does business in the State of Delaware.

**JURISDICTION AND VENUE**

6.      This is a civil action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code, for infringement of United States Patent Nos. 6,423,340 ("the '340 patent") and 5,643,602 ("the '602 patent"). This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7.      Mylan is subject to personal jurisdiction in this judicial district by virtue of, *inter alia,* its having conducted business in Delaware, having availed itself of the rights and benefits of Delaware law, and having engaged in substantial and continuing contacts with the State. Upon information and belief, Mylan has previously availed itself of this forum for purposes of litigating its patent disputes. For example, in 2002, Mylan filed a patent infringement lawsuit in *Mylan Pharmaceuticals Inc. v. Kremers Development Company et al.,* C.A. No. 02-1628 (D. Del.). Mylan has also submitted to the jurisdiction of this Court by asserting counterclaims in other civil actions initiated in this jurisdiction. Specifically, Mylan admitted jurisdiction (for the purpose of the litigation) and filed counterclaims in *Forest Laboratories, Inc., et al. v. Dr. Reddy's Laboratories, Inc., et al.,* C.A. No. 08-52 (D. Del.); *AstraZeneca Pharmaceuticals LP, et al. v. Mylan Pharmaceuticals, Inc.,* C.A. No. 07-805 (D. Del.); *Sciele Pharmaceuticals v. Mylan Pharmaceuticals Inc.,* C.A. No. 07-664 (D. Del.); *sanofi-aventis, et al. v. Actavis, et al.,* C.A. No. 07-572 (D. Del.); *Boehringer Ingelheim International GMBH, et al. v. Mylan Pharmaceuticals Inc., et al.,* C.A. No. 05-854 (D. Del.); and *Janssen Pharmaceutica N.V., et al. v. Mylan Pharmaceuticals Inc., et al.,* C.A. No. 05-371 (D. Del.)

8.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(b).

## CLAIM I FOR PATENT INFRINGEMENT

9.      Plaintiffs reallege paragraphs 1 through 8 above as if fully set forth herein.

10.     On July 23, 2002, the United States Patent and Trademark Office duly and legally issued the '340 patent, entitled "Method For The Treatment Of Inflammatory Bowel Diseases." A true and correct copy of the '340 patent is attached hereto as Exhibit A.

11.     Aktiebolaget Draco is the owner of the '340 patent, which discloses and claims, *inter alia*, methods for treating inflammatory bowel diseases.

12.     KBI and KBI-E have rights in the United States under the '340 patent. AstraZeneca LP  is the holder of approved New Drug Application ("NDA") 21-324 under Section 505(a) of the Federal Food, Drug and Cosmetic Act ("FFDCA"), 21 U.S.C. § 355(a),  for an oral budesonide product marketed under the trademark ENTOCORT® EC.

13.     The use of ENTOCORT® EC is covered by the claims of the '340 patent, and Plaintiffs have the right to enforce the '340 patent.

14.     Upon information and belief, Mylan submitted Abbreviated New Drug Application No. 90-410 ("Mylan ANDA") to the FDA under § 505(j) of the FFDCA, 21 U.S.C. § 355(j), seeking approval to engage in the commercial manufacture, use, offer for sale and sale of a generic version of ENTOCORT® EC before the expiration of the '340 patent.

15.     On or about June 10, 2008, AstraZeneca received a letter dated June 9, 2008 stating that Mylan had filed the Mylan ANDA seeking approval to manufacture, use and sell a generic version of ENTOCORT® EC before the expiration of the '340 patent. The letter purports to notify AstraZeneca LP and Aktiebolaget Draco that the Mylan ANDA was submitted

with a certification pursuant to Section 505(j)(2)(B)(i) of the FFDCA, 21 U.S.C. § 355(j)(2)(A)(vii)(IV) ("Paragraph IV certification") that Mylan's manufacture, use, or sale of the Mylan ANDA product will not infringe any claims of the '340 patent, that the '340 patent is invalid, and/or that the '340 patent is unenforceable.

16.    Defendant has infringed the '340 patent under 35 U.S.C. § 271(e)(2)(A) by virtue of its filing the Mylan ANDA with a Paragraph IV certification and seeking FDA approval of the Mylan ANDA prior to expiration of the '340 patent.

17.    The commercial manufacture, use, sale, offer to sell, or importation of the Mylan ANDA product would infringe the '340 patent.

18.    Plaintiffs are entitled to the relief provided by 35 U.S.C. § 271(e)(4), including an order of this Court that the effective date of the approval of the Mylan ANDA be a date that is not earlier than the expiration of the '340 patent, or any later expiration of exclusivity for the '340 patent to which Plaintiffs become entitled.

19.    Plaintiffs will be irreparably harmed if Mylan is not enjoined from infringing or actively inducing or contributing to infringement of the '340 patent. Plaintiffs do not have an adequate remedy at law.

## CLAIM II FOR PATENT INFRINGEMENT

20.    Plaintiffs reallege paragraphs 1 through 19 above as if fully set forth herein.

21.    On July 1, 1997, the United States Patent and Trademark Office duly and legally issued the '602 patent, entitled "Oral Composition For The Treatment Of Inflammatory Bowel Diseases." A true and correct copy of the '602 patent is attached hereto as Exhibit B.

22.    Aktiebolaget Draco is the owner of the '602 patent, which discloses and claims, *inter alia,* oral compositions for treating inflammatory bowel diseases.

23.    KBI and KBI-E have rights in the United States under the '602 patent. AstraZeneca LP is the holder of approved NDA 21-324 under Section 505(a) of the FFDCA, 21 U.S.C. § 355(a), for an oral budesonide product marketed under the trademark ENTOCORT® EC.

24.    ENTOCORT® EC is covered by the claims of the '602 patent. Plaintiffs have the right to enforce the '602 patent.

25.    Upon information and belief, Mylan submitted the Mylan ANDA to the FDA under § 505(j) of the FFDCA, 21 U.S.C. § 355(j), seeking approval to engage in the commercial manufacture, use, offer for sale, and sale of a generic version of ENTOCORT® EC before the expiration of the '602 patent.

26.    On or about June 10, 2008, AstraZeneca received a letter dated June 9, 2008, stating that Mylan had filed the Mylan ANDA seeking approval to manufacture, use, and sell a generic version of ENTOCORT® EC before the expiration of the '602 patent.  The letter purports to notify AstraZeneca LP and Aktiebolaget Draco that the Mylan ANDA was submitted with a Paragraph IV certification that Mylan's manufacture, use, or sale of the Mylan ANDA product will not infringe any claims of the '602 patent, that the '602 patent is invalid, and/or that the '602 patent is unenforceable.

27.    Defendant has infringed the '602 patent under 35 U.S.C. § 271(e)(2)(A) by virtue of its filing the Mylan ANDA with a Paragraph IV certification and seeking FDA approval of the Mylan ANDA prior to expiration of the '602 patent.

28.    The commercial manufacture, use, sale, offer to sell, or importation of the Mylan ANDA product would infringe the '602 patent.

29.    Plaintiffs are entitled to the relief provided by 35 U.S.C. § 271(e)(4) including an order of this Court that the effective date of the approval of the Mylan ANDA be a date that is not earlier than the expiration of the '602 patent, or any later expiration of exclusivity for the '602 patent to which Plaintiffs become entitled.

30.    Plaintiffs will be irreparably harmed if Mylan is not enjoined from infringing or actively inducing or contributing to infringement of the '602 patent. Plaintiffs do not have an adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs seek the following relief:

A.    A judgment that Mylan has infringed the '340 and '602 patents under 35 U.S.C. § 271(e)(2)(A);

B.    An order pursuant to 35 U.S.C. § 271(e)(4)(A) providing that the effective date of any FDA approval of the Mylan ANDA be not earlier than the expiration date of the '340 and '602 patents or any later expiration of exclusivity for these patents to which Plaintiffs are or become entitled;

C.    A permanent injunction restraining and enjoining Mylan and its officers, agents, servants and employees, and those persons in active concert or participation with any of them, from making, using, selling, offering to sell, or importing the product described in the Mylan ANDA;

D.    A judgment declaring that the manufacture, use, sale, offer to sell, or importation of the product described in the Mylan ANDA would constitute infringement of the

'340 and '602 patents, or inducing or contributing to such conduct, by Mylan pursuant to 35 U.S.C. § 271 (a), (b) and/or (c);

      E.    A finding that this is an exceptional case, and an award of attorneys' fees in this action pursuant to 35 U.S.C. § 285;

      F.    Costs and expenses in this action; and

      G.    Such further and other relief as this Court determines to be just and proper.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
Jblumenfeld@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel:*

George F. Pappas
Jeffrey B. Elikan
Edward H. Rippey
Andrea G. Reister
Sarah J. Chickos
Derek J. Fahnestock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 662-6000

July 22, 2008

# EXHIBIT A



US006423340B1

(12) **United States Patent**
Ulmius

(10) Patent No.: **US 6,423,340 B1**
(45) Date of Patent: **Jul. 23, 2002**

(54) **METHOD FOR THE TREATMENT OF INFLAMMATORY BOWEL DISEASES**

(75) Inventor: **Jan Ulmius**, Lund (SE)

(73) Assignee: **Aktiebolaget Draco**, Sodertalje (SE)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/159,301**

(22) Filed: **Sep. 23, 1998**

**Related U.S. Application Data**

(63) Continuation of application No. 08/853,142, filed on May 8, 1997, now abandoned, which is a continuation of application No. 08/240,078, filed on May 9, 1994, now Pat. No. 5,643,602, which is a continuation of application No. 07/855,623, filed as application No. PCT/SE90/00738 on Nov. 15, 1990, now abandoned.

(30) **Foreign Application Priority Data**

Nov. 15, 1990 (SE) .............................................. 8903914

(51) Int. Cl.⁷ .............................. A61K 9/52; A61K 9/22; A61P 1/00

(52) U.S. Cl. ...................... 424/457; 424/468; 424/490; 514/925; 514/964

(58) Field of Search ................................. 424/462, 457, 424/468, 490; 514/964, 925

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,983,233 | A | 9/1976 | Brattsand et al. |
| 3,996,356 | A | 12/1976 | Brattsand et al. |
| 4,432,966 | A | 2/1984 | Zeitoun et al. |
| 4,606,940 | A | 8/1986 | Frank et al. |
| 4,708,867 | A | 11/1987 | Hsiao |
| 4,966,770 | A | 10/1990 | Giannini et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0013262 | 7/1980 |
| EP | 0040590 | 5/1981 |
| EP | 1480811 | 1/1985 |
| EP | 0054010 | 2/1985 |
| EP | 0143764 | 6/1985 |
| EP | 0278174 | 8/1986 |
| EP | 0232690 | 8/1987 |
| EP | 0218174 | 12/1987 |
| WO | 8300435 | 2/1983 |
| WO | 8603676 | 12/1985 |

OTHER PUBLICATIONS

Manufacturer's Info. (FMC Corporation) re: Aquacoat (ethylcellulose), "Altering Drug Release Rates–Coating Methods" (1987).
Manufacturer's Info. Re: Aquacoat (ethylcellulose), 17–36 (1985).
Manufacturer's Info. Re: Eudragit, Lehmann, et al., "Practical Course in Lacquer Coating," 1–167 (1989).
Wolman, et al., Scand. J. Gastroenterol. 24: 146–147 (1989).
Johansson, et al., Eur. J. Respir. Dis. 63: 74–84 (1982).
Bechgaard, Acta Pharmaceutica Technologica 28: 149–157 (1982).
Danielsson, et al., Scand. J. Gastroenterol. 22: 987–992 (1987).
Malchow, et al., Deutsche Medizinische Wochenschrift 1090: 1811–1816 (1984).
Andersson, et al., J. Steroid Biochem. 16: 787–795 (1982).
Kresznai, et al., Haematologia 19: 299–301 (1986).
Kumana, et al., Lancet 1: 579–583 (1982).
Levine, et al., Gastroenterol. 92: 1037–1044 (1987).
Thomas, et al., J. Pharm. Pharmacol. 37: 757–758 (1985).
Jewell, Gastroenterol. Clin. North America 18: 21–34 (1989).
Gamstedt, et al., Acta Endocrinologica 103: 188–191 (1983).
Hamilton, et al., Dis. Col. & Rect. 27: 701–702 (1984).
Ryrfeldt, et al., Eur. J. Respir. Dis. 63: 86–94 (1982).
Mulder, et al., Netherlands J. Med. 35: pp. S27–S34 (1989).
Malchow, et al., Gastroenterolgy 86: 249–266 (1984).

*Primary Examiner*—Edward J. Webman
(74) *Attorney, Agent, or Firm*—White & Case LLP

(57) **ABSTRACT**

Described herein are methods comprising the oral administration of budesonide for the treatment of ulcerative colitis and Crohn's colitis in its active phase. The methods can also be applied as relapse preventing therapy for Crohn's colitis in its chronic phase and Crohn's disease in the small intestine.

**14 Claims, No Drawings**

US 6,423,340 B1

| 1 | 2 |

## METHOD FOR THE TREATMENT OF INFLAMMATORY BOWEL DISEASES

This application is a continuation of application Ser. No. 08/853,142, field May 8, 1997, abandoned, which is a continuation of application Ser. No. 08/240,078, filed May 9, 1994, now U.S. Pat. No. 5,643,602 and which is a continuation of application Ser. No. 07/855,623, filed Apr. 30, 1992 abandoned, which is a 371 of International application PCT/SE90/00738, filed Nov. 15, 1990.

### FIELD OF THE INVENTION

The present invention relates to oral pharmaceutical compositions for use in the treatment of inflammatory bowel diseases and the use of certain glucocorticosteroids in the preparation of pharmaceutical compositions for the treatment by the oral route of certain inflammatory bowel diseases.

### BACKGROUND OF THE INVENTION

Inflammatory bowel disease is the term generally applied to two diseases, namely ulcerative colitis and Crohn's disease.

Ulcerative colitis is a chronic inflammatory disease of unknown aetiology afflicting only the large bowel and, except when very severe, limited to the bowel mucosa. The course of the disease may be continuous or relapsing, mild or severe. It is curable by total colectomy which may be needed for acute severe disease or chronic unremitting disease. Most patient with ulcerative colitis are managed medically rather than surgically.

Crohn's disease is also a chronic inflammatory disease of unknown aetiology but, unlike ulcerative colitis, it can affect any part of the bowel. Although lesions may start superficially, the inflammatory process extends through the bowel wall to the draining lymph nodes. As with ulcerative colitis, the course of the disease may be continuous or relapsing, mild or severe but, unlike ulcerative colitis it is not curable by resection of the involved segment of bowel. Most patients with Crohn's disease come to surgery at some time, but subsequent relapse is common and continuous medical treatment is usual.

For treatment of acute attacks of ulcerative colitis, glucocorticosteroids such as prednisone or prednisolone acetate are almost invariably used and given by mouth for the average acute attack or relapse, or locally, by enema.

After remission has been achieved, sulphasalazine is the maintenance treatment of choice in treating ulcerative colitis. This drug, however, has a significant number of side effects chiefly due to absorption of the sulphapyridine moiety from the colon. Recently compounds which contain only 5-aminosalicylic acid have been developed; these are as effective as sulphasalazine and do not have the sulphapyridine side effects but do have side effects of their own, notably diarrhoea.

Glucocorticosteroids are, however, not used for maintenance of remission in ulcerative colitis; doses that do not produce unacceptable side effects are ineffective, and patients who need chronic high dose glucocorticosteroids for control of their disease almost invariably are treated by colectomy.

As with ulcerative colitis, glucocorticosteroids are the treatment of choice for severe active Crohn's disease, but ideally only to achieve remission, after which they should be stopped. However, all too frequently the disease does not

satisfactorily remit, and glucocorticosteroids may be necessary to maintain control of symptoms.

Sulphasalazine is also useful in less severe cases, particularly for disease involving the colon.

Very often in Crohn's disease, however, primary medical treatment of the disease process is ineffective, and only symptomatic treatment is of value i.e. analgesics for pain and opiates for diarrhoea. Most patients eventually require surgery.

### DISCLOSURE OF THE INVENTION

Our studies indicate that the compositions according to the present invention may advantageously be used in the treatment of ulcerative colitis including idiopathic proctitis and certain aspects of Crohn's disease by the oral route.

In ulcerative colitis the compositions can be used for the treatment of both active and chronic continuous disease and for relapse preventing treatment (i.e. maintenance therapy once remission has been achieved).

In Crohn's disease the compositions can be used for the treatment of Crohn's colitis in its active phase and for relapse preventing therapy (i.e. maintenance therapy once remission has been achieved), and for the treatment of the small intestine for relapse preventing treatment (i.e. maintenance therapy).

It has been found that the diseases defined above can be treated using the anti-inflammatory steroids

(22RS)-16$\alpha$,17$\alpha$-butylidenedioxy-11$\beta$,21-dihydroxypregna-1,4-diene-3,20-dione [I],
the 22R-epimer of [I],
(22RS)-16$\alpha$,17$\alpha$-butylidenedioxy-9$\alpha$-fluoro-11$\beta$,21-dihydroxy-pregna-1,4-diene-3,20-dione [II],
the 22R-epimer of [II],
(22RS)-16$\alpha$,17$\alpha$-butylidenedioxy-6$\alpha$,9$\alpha$-difluoro-11$\beta$,21-dihydroxy-pregna-1,4-diene-3,20-dione [III],
the 22R-epimer of [III],
(22RS)-21-acetoxy-16$\alpha$,17$\alpha$-butylidenedioxy-11$\beta$-hydroxy-pregna-1,4-diene-3,20-dione [IA],
the 22R-epimer of [IA],
(22RS)-21-acetoxy-16$\alpha$,17$\alpha$-butylidenedioxy-9$\alpha$-fluoro-11$\beta$-hydroxy-pregna-1,4-diene-3,20-dione [IIA],
the 22R-epimer of [IIA],
(22RS)-21-acetoxy-16$\alpha$,17$\alpha$-butylidenedioxy-6$\alpha$,9$\alpha$-difluoro-11$\beta$-hydroxy-pregna-1,4-diene-3,20-dione [IIIA],
the 22R-epimer of [IIIA],
(22RS)-16$\alpha$,17$\alpha$-butylidenedioxy-11$\beta$,21-dihydroxypregn-4-ene-3,20-dione [IV],
the 22R-epimer of [IV],
(22RS)-16$\alpha$,17$\alpha$-pentylidenedioxy-11$\beta$,21-dihydroxypregn-4-ene-3,20-dione [V],
the 22R-epimer of [IV],
(22RS)-21-acetoxy-16$\alpha$,17$\alpha$-butylidenedioxy-11$\beta$,hydroxypregn-4-ene-3,20-dione [IVA],
the 22R-epimer of [IVA],
(22RS)-21-acetoxy-16$\alpha$,17$\alpha$-pentylidenedioxy-11$\beta$,21-dihydroxypregn-4-ene-3,20-dione [VA],
the 22R-epimer of [VA],
methyl (20RS)-16$\alpha$,17$\alpha$-butylidenedioxy-11$\beta$-hydroxy-androsta-1,4-diene-3-one-17$\beta$-carboxylate [VI],
the 20R-epimer of [VI],
methyl (20RS)-16$\alpha$,17$\alpha$-butylidenedioxy-9$\alpha$-fluoro-11$\beta$-hydroxy-androsta-1,4-diene-3-one-17$\beta$-carboxylate [VII],
the 20R-epimer of [VII],

3

methyl (20RS)-16α,17α-butylidenedioxy-6α,9α-difluoro-11β-hydroxy-androsta-1,4-diene-3-one-17β-carboxylate [VIII],

the 20R-epimer of [VIII],

methyl (22RS)-16α,17α-butylidenedioxy-6α,9α-difluoro-11β-hydroxy-3,20-dioxopregna-1,4-diene-21-oate [IX] and

the 22R-epimer of [IX].

Compound [I] has the approved name "budesonide".

Compound [I] and its 22R-epimer are particular preferred compounds.

Budesonide and compounds [II], [III], [IA], [IIA] and [IIIA] are described and claimed in Swedish Patent Specification 378 109. Budesonide is known to have an anti-inflammatory activity and, compared to prednisone, prednisolone and other glucocorticosteroids, an advantageous ratio between local and systemic effect when administered topically to the skin or to the lungs by inhalation.

Budesonide is a potent steroid, which is successfully used when locally treating (via aerosol) asthma and rhinitis. Also controlled trials of budesonide enema for locally treating proctitis and distal ulcerative colitis are in progress (Danielsson Å et al: A controlled randomized trial of budesonide versus prednisolone retention enemas in active distal ulcerative colitis, Scand. J. Gastroenterol. 22:987–992, 1987 and Danielsson Å et al: Controlled trial of budesonide enema and placebo in proctitis and distal ulcerative colitis. Scand. J. Gastroenterol. 24. supplement 159:88). The use of oral budesonide in the treatment of small bowel Crohn's disease in its active phase has been described (Wolman S L: Use of oral budesonide in a patient with small bowel Crohn's disease and previous pseudotumor cerebri secondary to steroids. Scand. J. Gastroenterol. 24, Supplement 158:146–147).

The characteristic profile of budesonide when used for the treatment of these diseases is a high anti-inflammatory effect at the place of application but a low degree of unwanted systemic glucocorticoid side effects. The low degree of systemic side effects of budesonide is a result of a high first pass liver metabolism transferring budesonide into substantially less active metabolites.

Especially the 22R-epimer of budesonide seems to be very promising in the treatment of inflammatory bowel diseases as hereinbefore defined when orally administered because, compared to budesonide it is more potent, is more rapidly metabolised by the liver and thus less available in the systemic circulation and thereby causing less unwanted systemic effects.

The 22R-epimers of compounds [I], [II], [III], [IA], [IIA] and [IIIA] are described and claimed in Swedish Patent Specification 378 110.

Compounds [IV], [V], [IVA], [VA] and the 22R-epimers thereof are described and claimed in European Patent Specification 54010.

Compounds [VI], [VII], [VIII] and the 20R-epimers thereof are described and claimed in European Patent Application 143 764.

Compound [IX] and the 22R-epimer thereof are described and claimed in European Patent Application 232 690.

We have surprisingly found that the above identified glucocorticosteroids administered by the convenient oral route are of great potential benefit in the treatment of inflammatory bowel diseases as hereinbefore defined.

The above mentioned compounds thus potentially represents a very significant advance over other glucocorticosteroids which exert their effects systemically and other drugs

4

previously used for the management of Crohn's disease, particularly in avoiding the systemic side effects normally associated with glucocorticosteroid therapy. The high first pass liver metabolism of the drug renders possible its safe use in the maintenance therapy of the disease as well as achieving remission in the acute phase. Although Crohn's disease is not a very common condition, it is a chronic and often debilitating disorder that can benefit from a safer and more effective treatment.

In ulcerative colitis, the drug may help to reduce the number of patients having to undergo surgery and in addition, its lack of systemic effects makes it possible to use the drug for maintenance therapy once remission has been achieved.

The invention therefore provides pharmaceutical compositions comprising the glucocorticosteroids hereinbefore defined for use in the treatment by the oral route of bowel diseases as hereinbefore defined.

The invention also provides the use of the glucocorticosteroids as hereinbefore defined in the preparation of pharmaceutical compositions for the treatment by the oral route of bowel diseases as hereinbefore defined.

The invention further provides a method of treatment of bowel diseases as hereinbefore defined wherein an effective dose of a glucocorticosteroid as hereinbefore defined is administered by the oral route to a human or animal subject suffering from said bowel disease.

In order for the oral composition containing the glucocorticosteroids as hereinbefore defined to be applicable for the treatment of the bowel diseases as hereinbefore defined the composition must be adjusted to this particular purpose. The adjusted composition is a further aspect of the present invention, and it can be used generally when treating ulcerative colitis and Crohn's disease.

The transit time through the gastro-intestinal canal for different dosage forms are rather well known. When the dosage form has been emptied from the stomach the transit through the small intestine takes 3 to 5 hours. The residence time in the large intestine is considerably longer, 25 to 50 hours. Ideally, as long as the dosage form remains in the stomach no release should occur. If Crohn's disease in small intestine is going to be treated the release should continue during about 5 hours after the dosage form has left the stomach. If the large intestine is going to be treated the release should ideally start at caecum, and continue for up to 50 hours.

The present invention utilizes pharmaceutical formulation techniques to provide compositions of a glucocorticosteroid for treating the inflammatory diseases of the bowel as hereinbefore defined. The glucocorticosteroid must have a chance to reach the inflamed part of the bowel in sufficient concentration and for a sufficient long time to exert its local action, in the case of Crohn's disease the whole bowel or only the small intestine and in the case of ulcerative colitis the caecum, colon and the rectum.

A multiple unit composition in a capsule has been found suitable for fulfilling the above-mentioned demands. In ulcerative colitis, the composition should be formulated so that the glucocorticosteroid is released preferentially during the passage of the colon. In Crohn's disease in the ileum the composition should be formulated so that the glucocorticosteroid is released preferentially during the Passage of the small intestine. This can be accomplished by enteric and/or slow release coating of the units containing the glucocorticosteroid. Such formulations of glucocorticosteroids are novel.

The dosage range for treatment of the bowel diseases as hereinbefore defined is suitably 2–20 mg divided into 1 to 4 doses during a 24-hour period.

US 6,423,340 B1

5

## DETAILED DESCRIPTION

The units will have a size between 0.3 and 5 mm, preferably a size between 0.5 and 2 mm. The units will be administered in hard gelatine capsules, the size of which will depend on the dose administered.

Each unit comprises a core, a first layer on the core and a second layer on the first layer.

The core consists of a non-pareil seed to which the glucocorticosteroid is applied or a seed in which the glucocorticosteroid is homogeneously distributed. The excipients used to prepare the seeds comprise one or more of pharmaceutically acceptable materials, e.g. sugar, starch, microcrystalline cellulose, waxes and polymeric binding agents.

The first Layer on the non-pareil seeds comprises the glucocorticosteroid and a water-soluble or water-insoluble polymer which acts both as binder for the glucocorticosteroid and as a rate-limiting layer for release of the glucocorticosteroid. Such polymers may be selected from cellulose derivatives, acrylic polymers and copolymers, vinyl polymers and other high molecular polymer derivatives or synthetic polymers such as methylcellulose, hydroxypropylcellulose, hydroxypropylmethylcellulose, ethylcellulose, cellulose acetate, polyvinyl pyrrolidone, polyvidone acetate, polyvinyl acetate, polymethacrylates and ethylene-vinyl acetate copolymer or a combination thereof. Preferred film-forming polymers are ethylcellulose or copolymers of acrylic and methacrylic acid esters (Eudragit N E, Eudragit R L, Eudragit RS) in aqueous dispersion form.

The first optionally rate-limiting layer on the seeds with homogeneously distributed glucocorticosteroid comprises a water insoluble polymer or a mixture of water insoluble polymers or a mixture of water soluble and water insoluble polymers mentioned above.

The polymers in the second layer may be selected from the group of anionic carboxylic polymers suitable for pharmaceutical purposes and being soluble with difficulty at a low pH but being soluble at a higher pH, the pH limit for solubility being in the interval of pH 4 to pH 7.5, said group comprising cellulose acetate phthalate, cellulose acetate trimellitate, hydroxypropylmethylcellulose phthalate, polyvinyl acetate phthalate and acrylic acid polymers e.g. partly asterified methacrylic acid-polymers such as Eudragit L, Eudragit L100-55 and Eudragit S. These polymers may be used alone or in combination with each other or in combination with water insoluble polymers mentioned before. Preferred polymers are the Eudragits in aqueous dispersion form. The anionic carboxylic polymer comprises 25 to 100% of the total polymer content.

The coatings may optionally comprise other pharmaceutically acceptable materials which improve the properties of the film-forming polymers such as plasticizers, antiadhesives, surfactants, and diffusion-accelerating or diffusion-retarding substances.

Suitable plasticizers comprise phthalic acid esters, triacetin, dibutylsebacate, monoglycerides, citric acid esters and polyethyleneglycols. Preferred plasticizers are acetyltributyl citrate and triethyl citrate.

Suitable antiadhesives comprise talc and metal stearates.

The amount of the first coating applied on the units is normally in the range between 0.5% and 30% by weight, preferably between 1% and 15%. This amount includes in the relevant case the weight of the steroid as well. The amount of the second coating applied on the units is normally in the range between 1% and 50% by weight, pref-

6

erably between 2% and 25%, calculated on the weight of the coated units. The remainder constitutes the weight of the seed.

The preparation of the controlled release pellet formulation according to the present invention is characterized in that a non-pareil seed is enclosed in a layer of a glucocorticosteroid as hereinbefore defined and a water soluble or water insoluble polymer or a seed with homogeneously distributed glucocorticosteroid as hereinbefore defined is optionally enclosed in a layer of a water insoluble polymer or a mixture of water insoluble polymers or a mixture of water soluble or water insoluble polymers which in turn is enclosed in a membrane of a film-forming anionic carboxylic polymer or a mixture of a film-forming anionic carboxylic polymer and a water insoluble polymer which permits release of the glucocorticosteroid as hereinbefore defined in a manner as set out below.

The controlled release pellet formulation according to this invention is thus characterized in that the pellet comprises
i) a core consisting of a non-pareil seed or a seed in which a glucocorticosteroid as defined below is homogeneously distributed and
ii) in case of a core consisting of a non-pareil seed, a layer of
a) a glucocorticosteroid selected from the group consisting of (22RS)-16α,17α-butylidenedioxy-11β,21-dihydroxypregna-1,4-diene-3,20-dione [I], the 22R-epimer of [I], (22RS)-16α,17α-butylidenedioxy-9α-fluoro-11β,21-dihydroxy-pregna-1,4-diene-3,20-dione [II], the 22R-epimer of [II], (22RS)-16α,17α-butylidenedioxy-6α,9α-difluoro-11β,21-dihydroxy-pregna-1,4-diene-3,20-dione [III], the 22R-epimer of [III], (22RS)-21-acetoxy-16α,17α-butylidenedioxy-11β-hydroxypregna-1,4-diene-3,20-dione [IA], the 22R-epimer of [IA], (22RS)-21-acetoxy-16α,17α-butylidenedioxy-9α-fluoro-11β-hydroxy-pregna-1,4-diene-3,20-dione [IIA], the 22R-epimer of [IIA], (22RS)-21-acetoxy-16α,17α-butylidenedioxy-6α,9α-difluoro-11β-hydroxy-pregna-1,4-diene-3,20-dione [IIIA], the 22R-epimer of [IIIA], (22RS)-16α,17α-butylidenedioxy-11β,21-dihydroxypregn-4-ene-3,20-dione [IV], the 22R-epimer of [IV], (22RS)-16α,17α-pentylidenedioxy-11β,21-dihydroxypregn-4-ene-3,20-dione [VI], the 22R-epimer of [V], (22RS)-21-acetoxy-16α,17α-butylidenedioxy-11β-hydroxypregn-4-ene-3,20-dione [IVA], the 22R-epimer of [IVA], (22RS)-21-acetoxy-16α,17α-pentylidenedioxy-11β-hydroxypregn-4-ene-3,20-dione [VA], the 22R-epimer of [VA], methyl (20RS)-16α,17α-butylidenedioxy-11β-hydroxy-3-oxo-17β-carboxylate [VI], the 20R-epimer of [VI], methyl (20RS)-16α,17α-butylidenedioxy-9α-fluoro-11β-hydroxy-androsta-1,4-diene-3-one-17β-carboxylate [VII], the 20R-epimer of [VII], methyl (20RS)-16α,17α-butylidenedioxy-6α,9α-difluoro-11β-hydroxy-androsta-1,4-diene-3-one-17β-carboxylate [VIII], the 20R-epimer of [VIII], methyl (22RS)-16α,17α-butylidenedioxy-6α,9α-difluoro-11β-hydroxy-3,20-dioxo-pregna-1,4-diene-21-oate [IX] and the 22R-epimer of [IX] and
b) a pharmaceutical acceptable film forming water insoluble or water soluble polymer, or
in case of a core consisting of a seed in which a glucocorticosteroid as defined above is homogeneously distributed, an optionally layer of a pharmaceutically acceptable film forming water insoluble polymer or a mixture of water insoluble polymers or a mixture of water soluble and water insoluble polymers and

7

iii) a membrane surrounding said core and layer and containing a pharmaceutically acceptable film-forming anionic carboxylic polymer being soluble with difficulty at low pH but being soluble at a higher pH, either alone or in combination with a pharmaceutically acceptable film-forming water insoluble polymer,

the thickness of said layer or said membrane and/or the ratio of said anionic carboxylic polymer to said insoluble polymer being effective to prevent release of said glucocorticosteroid from said core and layer in gastric fluids, but to permit release of said glucocorticosteroid from said pellet in intestinal fluids at a rate allowing treatment of the part of the intestinal tract where the disease resides, i.e. at a rate corresponding to a release time of 1 to 50 hours, preferably 5 to 10 hours when treating the small intestine and 25 to 50 hours when treating the large intestine, said rate being measured in vitro as a dissolution rate of said unit in simulated gastric and intestinal fluids, when measured in a flow through cell at 8 mL/min and 37° C. substantially corresponds to the following for units intended for treating the small intestine:

a) not more than 10%, preferably not more than 5%, of the total glucocorticosteroid is released after two hours in simulated gastric fluid in said assembly,

b) from 15 to 55%, preferably from 20 to 50%, of the total glucocorticosteroid is released after two hours in simulated intestinal fluid in said assembly,

c) from 35 to 80%, preferably from 40 to 70%, of the total glucocorticosteroid is released after four hours in simulated intestinal fluid in said assembly,

d) not less than 60, preferably 60 to 90%, of the total glucocorticosteroid is released after eight hours in simulated intestinal fluid in said assembly,

e) not less than 80% of the total glucocorticoid steroid is released after twelve hours in simulated intestinal fluid in said assembly,

and for units intended for treating the large intestine:

a) not more than 10%, preferably not more than 5%, of the total glucocorticosteroid is released after two hours in simulated gastric fluid in said assembly,

b) from 5 to 30%, preferably from 10 to 30%, of the total glucocorticosteroid is released after four hours in simulated intestinal fluid in said assembly,

c) from 20 to 65%, preferably from 35 to 55%, of the total glucocorticosteroid is released after twelve hours in simulated intestinal fluid in said assembly,

d) from 40 to 95%, preferably from 55 to 85%, of the total glucocorticosteroid is released after twenty-four hours in simulated intestinal fluid in said assembly,

e) not less than 70%, preferably not less than 80%, of the total glucocorticosteroid is released after forty-eight hours in simulated intestinal fluid in said assembly.

In one embodiment of the composition there is a layer which comprises budesonide or the 22R epimer thereof and a water soluble or water insoluble polymer beneath the membrane surrounding the pellet.

In another embodiment of the composition the polymeric material of the layer in which budesonide or its 22R epimer is embedded is selected from polyvinylpyrrolidone and hydroxypropylmethylcellulose or alternatively from ethylcellulose, cellulose acetate and copolymers of acrylic and methacrylic acid esters.

In still another embodiment of the composition the layer which comprises budesonide or its 22R epimer and a water soluble or water insoluble polymer includes one or more additional components selected from plasticizers, anti-adhesives and surfactants.

8

## WORKING EXAMPLES

The following pharmaceutical compositions can be used in the treatment of bowel diseases according to the invention.

### EXAMPLE 1

| | mg/capsule |
|---|---|
| Budesonide micronized | 1.0 |
| Sugar spheres | 321 |
| Aquacoat ECD 30 | 6.6 |
| Acetyltributyl citrate | 0.5 |
| Polysorbate 80 | 0.1 |
| Eudragit L100-55 | 17.5 |
| Triethylcitrate | 1.8 |
| Talc | 8.8 |
| Antifoam MMS | 0.01 |

Budesonide (32.2 g) was suspended in the Aquacoat ECD 30 dispersion (0.70 kg) with the aid of the Polysorbate 80 (0.42 g) together with acetyltributyl citrate (15.8 g). The mixture was sprayed on to sugar spheres (10.2 kg) in a fluid bed apparatus. The enteric coating consisting of the Eudragit L100-55 dispersion, (Eudragit L100-55 (0.558 kg), triethylcitrate (55.8 g), talc (0.279 kg), Antifoam MMS (0.44 g) and Polysorbate 80 (2.79 g) ) was then sprayed on the spheres. The pellets were dried in the fluid bed apparatus, sieved and filled in hard gelatine capsules.

The finished pellets were then subjected to a dissolution test as follows:

Apparatus: Flow-through cells (Sotax Dissotest CE6, equipped with 12 mm cells) at a flow rate of 8 mL/min and at 37° C.

Medium: Simulated gastric fluid (SGF), pH 1.2 and simulated intestinal fluid (SIF), pH 7.5 according to USP without enzymes.

Method: For the dissolution test in simulated gastric fluid, 2.8 g of pellets, and for the test in simulated intestinal fluid, 1.4 g of pellets were placed in the cells and the test commenced. For specified time periods fractions were collected and analyzed for budesonide by a liquid chromatographic method. The percentage dissolution at each time point was calculated. The results are shown in Table 1.

### TABLE 1

| | Dissolution of budesonide of Example 1 | | | | |
|---|---|---|---|---|---|
| | Percentage dissolution after | | | | |
| Medium | 1 hour | 2 hours | 4 hours | 8 hours | 12 hours |
| SGF | 1 | 2 | 3 | — | — |
| SIF | 34 | 53 | 75 | 92 | 97 |

### EXAMPLE 2

| | mg/capsule |
|---|---|
| Budesonide micronized | 2.0 |
| Sugar spheres | 292 |
| Aquacoat ECD 30 | 4.8 |
| Acetyltributyl citrate | 0.4 |

US 6,423,340 B1

9

-continued

|  | mg/capsule |
|---|---|
| Polysorbate 80 | 0.01 |
| Eudragit NE30D | 17.5 |
| Eudragit S100 | 17.5 |
| Talc | 17.5 |

Budesonide (3.5 g) was suspended in the Aquacoat ECD 30 dispersion (28.0 g) with the aid of the Polysorbate 80 (0.02 g) together with acetyltributyl citrate (0.63 g). The mixture was sprayed on to sugar spheres (510 g) in a fluid bed apparatus. The rate-limiting and enteric coating consisting of Eudragit S100 (30.0 g) and talc (30.0 g) suspended in the Eudragit NE30D dispersion (100 g) with the aid of Polysorbate 80 (0.3 g) was then sprayed on the spheres. The pellets were dried, sieved and filled in hard gelatine capsules.

The finished pellets were then subjected to a dissolution test as follows:

Apparatus: Flow-through cells (Sotax Dissotest CE6, equipped with 12 mm cells) at a flow rate of 8 mL/min and at 37° C.

Medium: Simulated gastric fluid (SGF), pH 1.2 and simulated intestinal fluid (SIF), pH 7.5 according to USP without enzymes.

Method: For the dissolution test in simulated gastric fluid and simulated intestinal fluid, 2.8 g of pellets were placed in the cells and the test commenced. For specified time periods fractions were collected and analyzed for budesonide by a liquid chromatographic method. The percentage dissolution at each time point was calculated. The results are shown in Table 2.

TABLE 2

Dissolution of budesonide of Example 2

| | Percentage dissolution after (hours) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Medium | 1 | 2 | 4 | 8 | 12 | 18 | 24 | 36 | 48 |
| SGF | 0 | 0 | 1 | — | — | — | — | — | — |
| SIF | 5 | 8 | 13 | 20 | 27 | 35 | 43 | 56 | 67 |

EXAMPLE 3

|  | mg/capsule |
|---|---|
| Budesonide micronized | 2.0 |
| Sugar spheres | 305 |
| Aquacoat ECD 30 | 5.0 |
| Acetyltributyl citrate | 0.4 |
| Polysorbate 80 | 0.14 |
| Eudragit NE30D | 12.6 |
| Eudragit S100 | 12.6 |
| Talc | 12.6 |

Budesonide (6.69 g) was suspended in the Aquacoat ECD 30 dispersion (56.0 g) with the aid of the Polysorbate 80 (0.04 g) together with acetyltributyl citrate (1.26 g). The mixture was sprayed on to sugar spheres (1020 g) in a fluid bed apparatus. The rate-limiting and enteric coating consisting of Eudragit S100 (42.0 g) and talc (42.0 g) suspended in the Eudragit NE30D dispersion (140 g) with the aid of Polysorbate 80 (0.42 g) was then sprayed on the spheres. The pellets were dried, sieved and filled in hard gelatine capsules.

10

The finished pellets were then subjected to a dissolution test as follows:

Apparatus: Flow-through cells (Sotax Dissotest CE6, equipped with 12 mm cells) at a flow rate of 8 mL/min and at 37° C.

Medium: Simulated gastric fluid (SGF), pH 1.2 and simulated intestinal fluid (SIF), pH 7.5 according to USP without enzymes.

Method: For the dissolution test in simulated gastric fluid, 2.8 g of pellets, and for the test in simulated intestinal fluid, 2.1 g of pellets were placed in the cells and the test commenced. For specified time periods fractions were collected and analyzed for budesonide by a liquid chromatographic method. The percentage dissolution at each time point was calculated. The results are shown in Table 3.

TABLE 3

Dissolution of budesonide of Example 3

| | Percentage dissolution after (hours) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Medium | 1 | 2 | 4 | 8 | 12 | 18 | 24 | 48 |
| SGF | 0 | 1 | 1 | — | — | — | — | — |
| SIF | 6 | 10 | 17 | 27 | 35 | 46 | 55 | 80 |

EXAMPLE 4

|  | mg/capsule |
|---|---|
| Budesonide micronized | 0.5 |
| Sugar spheres | 286 |
| Aquacoat ECD 30 | 24.2 |
| Acetyltributyl citrate | 1.8 |
| Eudragit NE30D | 12.6 |
| Eudragit S100 | 12.6 |
| Talc | 12.6 |

Budesonide (0.90 g) was suspended in the Aquacoat ECD 30 dispersion (144 g) together with acetyltributyl citrate (1.82 g). The mixture was sprayed on to sugar spheres (510 g) in a fluid bed apparatus. The rate-limiting and enteric coating consisting of Eudragit S100 (22.5 g) and talc (22.5 g) suspended in the Eudragit NE30D dispersion (75.0 g) was then sprayed on the spheres. The pellets were dried, sieved and filled in hard gelatine capsules.

The finished pellets were then subjected to a dissolution test as follows:

Apparatus: Flow-through cells (Sotax Dissotest CE6, equipped with 12 mm cells) at a flow rate of 8 mL/min and at 37° C.

Medium: Simulated gastric fluid (SGF), pH 1.2 and simulated intestinal fluid (SIF), pH 7.5 according to USP without enzymes.

Method: For the dissolution test in simulated gastric fluid, 2.8 g of pellets, and for the test in simulated intestinal fluid, 2.1 g of pellets were placed in the cells and the test were placed in the cells and the test commenced. For specified time periods fractions were collected and analyzed for budesonide by a liquid chromatographic method. The percentage dissolution at each time point was calculated. The results are shown in Table 4.

US 6,423,340 B1

| 11 | 12 |
|---|---|

#### TABLE 4

| | Dissolution of budesonide of Example 4 | | | | | |
|---|---|---|---|---|---|---|
| | Percentage dissolution after (hours) | | | | | |
| Medium | 1 | 2 | 4 | 8 | 12 | 18 |
| SGF | 1 | 1 | 3 | — | — | — |
| SIF | 7 | 15 | 29 | 50 | 67 | 84 |

Absorption Data for the Budesonide Formulation Prepared in Example 1

Each of two healthy volunteers took the formulation in Example 1 corresponding to 9 mg of budesonide. Blood samples were drawn at different time-points up to 48 hours after drug administration. Plasma samples were analysed for budesonide by a specific HPLC-RIA method. The absorption process was estimated by the numerical point to point deconvolution method on plasma concentration data. The absorption values were scaled to the same final level by dividing the values with the absorption value at the last time-point when absorption was considered complete. The values are presented in Table 1A. The absolute bioavailability was 10.8% and 9.6% for the two subjects, respectively. For comparison, the absolute bioavailability of a fast releasing budesonide capsule is 10 to 15%, and the mean absorption time is less than 2 hours. Of the dose absorbed about 30% and 55% was absorbed in the time interval 2–12 hours in the two subjects, respectively. Absorption in this time interval probably occurs during the passage of the formulation through ileum, caecum and proximal colon.

#### TABLE 1A

| Subj | Percentage absorption after (hours) | | | | | | |
|---|---|---|---|---|---|---|---|
| no. | 1 | 2 | 4 | 8 | 12 | 24 | 36 |
| 3 | — | 7 | 14 | 23 | 37 | 83 | 100 |
| 5 | 13 | 39 | 61 | 85 | 94 | 99 | 100 |

Absorption Data for the Budesonide Formulation Prepared in Example 2

, Each of two healthy volunteers took the formulation in Example 2 corresponding to 20 mg of budesonide. Blood samples were drawn at different time-points up to 72 hours after drug administration. Plasma samples were analysed for budesonide by a specific HPLC-RIA method. The absorption process was estimated by the numerical point to point deconvolution method on plasma concentration data. The absorption values were scaled to the same final level by dividing the values with the absorption value at the last time-point when absorption was considered complete. The values are presented in Table 2A. The absolute bioavailability was 3.1% and 2.3% for the two subjects, respectively. For comparison, the absolute bioavailability of a fast releasing budesonide capsule is 10 to 15%, and the mean absorption time is less than 2 hours. Of the dose absorbed about 68% and 67% was absorbed in the time interval 6–36 hours in the two subjects, respectively. Absorption in this time interval probably occurs during the passage of the formulation through caecum and colon-rectum.

#### TABLE 2A

| Subj | Absorption of budesonide of Example 2 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| no. | Percentage absorption after (hours) | | | | | | | | | |
| | 2 | 4 | 6 | 8 | 12 | 24 | 36 | 48 | 60 | 72 |
| 4 | 5 | 15 | 24 | 29 | 48 | 80 | 92 | 96 | 98 | 100 |
| 5 | 5 | 19 | 33 | 43 | 57 | 87 | 100 | | | |

Absorption Data for the Budesonide Formulation Prepared in Example 3

Each of two healthy volunteers took the formulation in Example 3 corresponding to 20 mg of budesonide. Blood samples were drawn at different time-points up to 72 hours after drug administration. Plasma samples were analysed for budesonide by a specific HPLC-RIA method. The absorption process was estimated by the numerical point to point deconvolution method on plasma concentration data. The absorption values were scaled to the same final level by dividing the values with the absorption value at the last time-point when absorption was considered complete. The values are presented in Table 3A. The absolute bioavailability was 6.3% and 4.9% for the two subjects, respectively. For comparison, the absolute bioavailability of a fast releasing budesonide capsule is 10 to 15%, and the mean absorption time is less than 2 hours. Of the dose absorbed about 67% and 71% was absorbed in the time interval 6–36 hours in the two subjects, respectively. Absorption in this time interval probably occurs during the passage of the formulation through caecum and colon-rectum.

#### TABLE 3A

| Subj | Absorption of budesonide of Example 3 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| no. | Percentage absorption after (hours) | | | | | | | | | |
| | 2 | 4 | 6 | 8 | 12 | 24 | 36 | 48 | 60 | 72 |
| 1 | 6 | 16 | 27 | 35 | 53 | 83 | 94 | 98 | 99 | 100 |
| 3 | 1 | 2 | 6 | 16 | 28 | 57 | 78 | 91 | 97 | 100 |

Absorption Data for the Budesonide Formulation Prepared in Example 4

Each of two healthy volunteers took the formulation in Example 4 corresponding to 20 mg of budesonide. Blood samples were drawn at different time-points up to 72 hours after drug administration. Plasma samples were analysed for budesonide by a specific HPLC-RIA method. The absorption process was estimated by the numerical point to point deconvolution method on plasma concentration data. The absorption values were scaled to the same final level by dividing the values with the absorption value at the last time-point when absorption was considered complete. The values are presented in Table 4A. The absolute bioavailability was 16.2% and 3.4% for the two subjects, respectively. For comparison, the absolute bioavailability of a fast releasing budesonide capsule is 10 to 15%, and the mean absorption time is less than 2 hours. Of the dose absorbed about 71% and 44% was absorbed in the time interval 6–36 hours in the two subjects, respectively. Absorption in this time interval probably occurs during the passage of the formulation through caecum and colon-rectum.

US 6,423,340 B1

13

TABLE 4A

| | Absorption of budesonide of Example 4 | | | | | | | | | |
| Subj | Percentage absorption after (hours) | | | | | | | | | |
| no. | 2 | 4 | 6 | 8 | 12 | 24 | 36 | 48 | 60 | 72 |
| 1 | 3 | 16 | 24 | 36 | 56 | 86 | 94 | 98 | 99 | 100 |
| 2 | 8 | 33 | 51 | 62 | 72 | 89 | 95 | 97 | 99 | 100 |

What is claimed is:

1. A method for the prevention or treatment of a bowel disease selected from the group consisting of ulcerative colitis, Crohn's colitis in its active phase, Crohn's colitis in its chronic phase as relapse preventing therapy and Crohn's disease in the small intestine as relapse preventing therapy, which comprises the oral administration per 24-hour period of a controlled-release pharmaceutical formulation comprising 2–20 mg of a compound selected from budesonide and the 22-R epimer thereof and which will release the compound at the site of the disease to be treated, to a patient in need of such prevention or treatment.

2. A method according to claim 1, wherein the compound is budesonide.

3. A method according to claim 1, wherein the 2–20 mg of the compound administered in a 24-hour period are divided into 1 to 4 doses.

4. A method according to claim 3, wherein the compound is administered in a unit dose of from 0.25–20 mg.

14

5. A method according to claim 4, wherein the compound is administered in a unit dose of from 2–5 mg.

6. A method according to claim 4, wherein the compound is administered in a unit dose of 0.5, 1.0 or 2.0 mg.

7. A method according to claim 1, wherein the compound is the 22-R epimer of budesonide.

8. A method according to any one of claims 1–6 and 7, wherein the disease is ulcerative colitis.

9. A method according to claim 8, wherein the formulation is in a form which will release the compound in the colon.

10. A method according to claim 8, wherein the formulation is in a form which will release the compound over a period of from 25–50 hours.

11. A method according to claim 8, wherein the formulation is in a form which will release the compound over a period of from 25–50 hours.

12. A method according to any of claims 1 to 6 and 7, wherein the condition to be treated is Crohn's disease of the ileum and the formulation is in a form which will release the compound in the small intestine.

13. A method according to claim 12, wherein the formulation is in a form which will release the compound over a period of from 1–50 hours.

14. A method according to claim 13, wherein the formulation is in a form which will release the compound over a period of from 5–10 hours.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,423,340 B2                                    Page 1 of 1
DATED         : July 23, 2002
INVENTOR(S)   : Ulmius

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
Item [30], **Foreign Application Priority Data,**
Filing date should be -- Nov. 22, 1989 --.

Column 1,
Line 5, delete "field" and substitute therefor -- filed --.

Column 2,
Line 55, delete "11β," and substitute therefor -- 11β- --.
Lines 58-59, delete "11β, 21-dihydroxypregn-" and substitute therefor
-- 11β-hydroxypregn- --.

Column 5,
Line 31, insert "," after -- first --.
Line 44, delete "asterified" and substitute therefor -- esterified --.
Line 59, delete "polyethyleneglycols" and substitute therefor -- polyethylene glycols --.

Column 10,
Lines 62-63, delete "the test were placed in the cells and".

Column 14,
Line 15, "claim **8**" should read -- claim **9** --.

Signed and Sealed this

Third Day of June, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

# EXHIBIT B

US005643602A

# United States Patent [19]

## Ulmius

[11] Patent Number: **5,643,602**

[45] Date of Patent: **Jul. 1, 1997**

[54] **ORAL COMPOSITION FOR THE TREATMENT OF INFLAMMATORY BOWEL DISEASE**

[75] Inventor: **Jan Ulmius**, Lund, Sweden

[73] Assignee: **Astra Aktiebolag**, Sodertalje, Sweden

[21] Appl. No.: **240,078**

[22] Filed: **May 9, 1994**

### Related U.S. Application Data

[63] Continuation of Ser. No. 855,623, filed as PCT/SE90/00738, Nov. 15, 1990, abandoned.

[30] **Foreign Application Priority Data**

Nov. 22, 1989 [SE] Sweden ..................... 8903914

[51] Int. Cl.$^6$ ..................... A61K 9/58; A61K 9/62; A61K 9/14; A61K 47/32

[52] U.S. Cl. ..................... 424/462; 424/461; 424/494; 424/495; 424/497; 514/951; 514/925

[58] Field of Search ..................... 424/451, 461–62, 424/494–95, 497, 471–72; 514/915, 925–26

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,983,233 | 9/1976 | Brattsand et al. | 424/241 |
| 3,996,356 | 12/1976 | Brattsand et al. | 424/241 |
| 4,606,940 | 8/1986 | Frank et al. | 424/494 |
| 4,708,867 | 11/1987 | Hsiao | 424/462 |
| 4,966,770 | 10/1990 | Giannini et al. | 424/470 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0040590 | 5/1981 | European Pat. Off. . |
| 1480811 | 1/1985 | European Pat. Off. . |
| 0054010 | 2/1985 | European Pat. Off. . |
| 0143764 | 6/1985 | European Pat. Off. . |
| 0278174 | 8/1986 | European Pat. Off. . |
| 0232690 | 8/1987 | European Pat. Off. . |
| 0218174 | 12/1987 | European Pat. Off. . |
| WO8300435 | 2/1983 | WIPO . |
| 8603676 | 12/1985 | WIPO . |

#### OTHER PUBLICATIONS

Wolman et al., *Scand. J. Gastroenterology*, vol. 24, Suppl. 15, pp. 146–147 (1989).

Manufacturer's Info. (FMC Corporation) re: "Aquacoat" (ethyl-cellulose), 1987: Altering Drug Release Rates–Coating Methods.

Manufacturer's Info. re: "Eudragit" (Apr. 1989), Lehmann, et al., Practical Course in Lacquer Coating and Survey of Course (Apr. 1989) relating to the use of Eudragit, pp. 1–167.

Johansson et al., *Eur. J. Respir. Dis.*, vol. 63, Suppl. 122, pp. 74–84, 1982.

Manufacturer's Info. re: "Aquacoat" (ethylcellulose), pp. 17–36, 1985.

H. Bechgaard "Critical factors influencing gastrointestinal absorption—what is the role of pellets?" Acta Pharmaceutic Tech 28 (1982) 149.

Wolman "Use of Oral Budesonide in a Patient with Small Bowel Crohn's Disease . . . " Scand. J. Gastroenterol. 24 (1989) pp. 146–147.

Danielsson et al. "A controlled randomized trial of Budesonide 20. Prednisolone Retention Enemas . . . " Scand. J. Gastroenterol. 22 (1987) pp. 987–992.

Levine et al. "Coating of Oral Beclomethasone Dipropionate Capsules with Cellulose Acetate Phthalate . . . " Gastroenterology 92 (1987) pp. 1037–1044.

Richards et al. "Absorption of Delayed Release A Prednisolone in Ulcerative Colitis and Crohn's Disease", J. Pharm. Pharmacol. 37 (1985), pp. 757–758.

Jewell "Corticosteroids for the Management of Ulcerative Colitis and Crohn's Disease" 18 (1989) pp. 21–34.

Jarnstedt et al. "Effect of Bethmethasone Treatment on Iodothyronines and Thyroid Hormone–binding Proteins During Controlled Nutrition", Acta Endocrinologica 103 (1983) pp. 188–191.

Malchow et al., "Therapie des Morbus Crohn" Deutsche Medizinische Wochenschrift 1090 (1984) pp. 1811–1816.

Andersson et al., "In Vitro Biotransformation of Glucocorticoids in Liver and Skin Homogenate Fraction from Man, Rat and Hairless Mouse". J. Steroid Biochem. 16 (1982) pp. 787–795.

Anders Garnstedt et al 1983 "Effect of betamethasone treatment . . . " Acta Endocrinology 103: 188–191.

A. Kresznai et al. 1986 "Decreased number of steroid receptors . . . " Haematologia 19: 299–301.

P. Thomas et al. 1985 "Absorption of delayed—release . . . " J. Pharmaceutical Pharmocology 37: 757.

Kumana et al. 1982 "Beclomethasone dipropionate enemas . . . " Lancet 1 pp. 579–583 (Dialog).

*Primary Examiner*—Edward J. Webman
*Attorney, Agent, or Firm*—White & Case

[57] **ABSTRACT**

An oral pharmaceutical composition is described for targeted slow release in the treatment of inflammatory bowel diseases. Also described are pharmaceutical compositions for peroral treatment targeted to different areas of the intestinal tract afflicted by ulcerative colitis and certain aspects of Crohn's disease.

**26 Claims, No Drawings**

5,643,602

# 1

## ORAL COMPOSITION FOR THE TREATMENT OF INFLAMMATORY BOWEL DISEASE

This application is a continuation of application Ser. No. 07/855,623, filed as PCT/SE90/00738 Nov. 15, 1990 now abandoned.

## FIELD OF THE INVENTION

The present invention relates to oral pharmaceutical compositions for use in the treatment of inflammatory bowel diseases and the use of certain glucocorticosteroids in the preparation of pharmaceutical compositions for the treatment by the oral route of certain inflammatory bowel diseases.

## BACKGROUND OF THE INVENTION

Inflammatory bowel disease is the term generally applied to two diseases, namely ulcerative colitis and Crohn's disease.

Ulcerative colitis is a chronic inflammatory disease of unknown aetiology afflicting only the large bowel and, except when very severe, limited to the bowel mucosa. The course of the disease may be continuous or relapsing, mild or severe. It is curable by total colectomy which may be needed for acute severe disease or chronic unremitting disease. Most patients with ulcerative colitis are managed medically rather than surgically.

Crohn's disease is also a chronic inflammatory disease of unknown aetiology but, unlike ulcerative colitis, it can affect any part of the bowel. Although lesions may start superficially, the inflammatory process extends through the bowel wall to the draining lymph nodes. As with ulcerative colitis, the course of the disease may be continuous or relapsing, mild or severe but, unlike ulcerative colitis it is not curable by resection of the involved segment of bowel. Most patients with Crohn's disease come to surgery at some time, but subsequent relapse is common and continuous medical treatment is usual.

For treatment of acute attacks of ulcerative colitis, glucocorticosteroids such as prednisone or prednisolone acetate are almost invariably used and given by mouth for the average acute attack or relapse, or locally, by enema.

After remission has been achieved, sulphasalazine is the maintenance treatment of choice in treating ulcerative colitis. This drug, however, has a significant number of side effects chiefly due to absorption of the sulphapyridine moiety from the colon. Recently compounds which contain only 5-aminosalicylic acid have been developed; these are as effective as sulphasalazine and do not have the sulphapyridine side effects but do have side effects of their own, notably diarrhoea.

Glucocorticosteroids are, however, not used for maintenance of remission in ulcerative colitis; doses that do not produce unacceptable side effects are ineffective, and patients who need chronic high dose glucocorticosteroids for control of their disease almost invariably are treated by colectomy.

As with ulcerative colitis, glucocorticosteroids are the treatment of choice for severe active Crohn's disease, but ideally only to achieve remission, after which they should be stopped. However, all too frequently the disease does not satisfactorily remit, and glucocorticosteroids may be necessary to maintain control of symptoms. Sulphasalazine is also useful in less severe cases, particularly for disease involving the colon.

# 2

Very often in Crohn's disease, however, primary medical treatment of the disease process is ineffective, and only symptomatic treatment is of value i.e. analgesics for pain and opiates for diarrhoea. Most patients eventually require surgery.

## DISCLOSURE OF THE INVENTION

Our studies indicate that the compositions according to the present invention may advantageously be used in the treatment of ulcerative colitis including idiopathic proctitis and certain aspects of Crohn's disease by the oral route.

In ulcerative colitis the compositions can be used for the treatment of both active and chronic continuous disease and as a relapse preventing treatment (i.e. maintenance therapy once remission has been achieved).

In Crohn's disease the compositions can be used for the treatment of Crohn's colitis in its active phase and as a relapse preventing therapy (i.e. maintenance therapy once remission has been achieved), and for the treatment of the small intestine as a relapse preventing treatment (i.e. maintenance therapy).

It has been found that the diseases defined above can be treated using the anti-inflammatory steroids

(22RS)-16α,17α-butylidenedioxy-11β,21-dihydroxy-pregna-1,4-diene-3,20-dione [I],
the 22R-epimer of [I],
(22RS)-16α,17α-butylidenedioxy-9α-fluoro-11β,21-dihydroxy-pregna-1,4-diene-3,20-dione [II],
the 22R-epimer of [II],
(22RS)-16α,17α-butylidenedioxy-6α,9α-difluoro-11β,21-dihydroxy-pregna-1,4-diene-3,20-dione [III],
the 22R-epimer of [III],
(22RS)-21-acetoxy-16α17α-butylidenedioxy-11β-hydroxy-pregna-1,4-diene-3,20-dione [IA],
the 22R-epimer of [IA],
(22RS)-21-acetoxy-16α,17α-butylidenedioxy-9α-fluoro-11β-hydroxy-pregna-1,4-diene-3,20-dione [IIA],
the 22R-epimer of [IIA],
(22RS)-21-acetoxy-16α,17α-butylidene-dioxy-6α,9α-difluoro-11β-hydroxy-1,4-diene-3,20-dione [IIIA],
the 22R-epimer of [IIIA],
(22RS)-16α,17α-butylidenedioxy-11β,21-dihydroxy-pregna-4-ene-3,20-dione [IV],
the 22R-epimer of [IV],
(22RS)-16α,17α-pentylidenedioxy-11β,21-dihydroxy-pregna-4-ene-3,20-dione [V],
the 22R-epimer of [V],
(22RS)-21-acetoxy-16α,17α-butylidenedioxy-11β, hydroxypregn-4-ene-3,20-dione [IVA],
the 22R-epimer of [IVA],
(22RS)-21-acetoxy-16α,17α-pentylidenedioxy-11β, hydroxypregn-4-ene-3,20-dione [VA],
the 22R-epimer of [VA],
methyl (20RS)-16α,17α-butylidenedioxy-11β-hydroxy-androsta-1,4-diene-3-one-17β-carboxylate [VI],
the 20R-epimer of [VI],
methyl (20RS)-16α,17α-butylidenedioxy-9α-fluoro-11β-hydroxy-androsta-1,4-diene-3-one-17β-carboxylate [VII],
the 20R-epimer of [VII],
methyl (20RS)-16α,17α-butylidenedioxy-6α,9α-difluoro-11β-hydroxy-androsta-1,4-diene-3-one-17β-carboxylate [VIII],

5,643,602

| 3 | 4 |

the 20R-epimer of [VIII],

methyl (22RS)-16α,17α-butylidenedioxy-6α,9α-difluoro-11β-hydroxy-3,20-dioxopregna-1,4-diene-21-oate [IX] and

the 22R-epimer of [IX].

Compound [I] has the approved name "budesonide".

Compound [I] and its 22R-epimer are particular preferred compounds.

Budesonide and compounds [II], [III], [IA], [IIA] and [IIIA] are described and claimed in Swedish Patent Specification 378 109. Budesonide is known to have an anti-inflammatory activity and, compared to prednisone, prednisolone and other glucocorticosteroids, an advantageous ratio between local and systemic effect when administered topically to the skin or to the lungs by inhalation.

Budesonide is a potent steroid, which is successfully used when locally treating (via aerosol) asthma and rhinitis. Also controlled trials of budesonide enema for locally treating proctitis and distal ulcerative colitis are in progress (Danielsson Å et al: A controlled randomized trial of budesonide versus prednisolone retention enemas in active distal ulcerative colitis, Scand. J. Gastroenterol. 22:987–992, 1987 and Danielsson Å et al: Controlled trial of budesonide enema and placebo in proctitis and distal ulcerative colitis. Scand. J. Gastroenterol. 24, supplement 159:88). The use of oral budesonide in the treatment of small bowel Crohn's disease in its active phase has been described (Wolman SL: Use of oral budesonide in a patient with small bowel Crohn's disease and previous pseudotumor cerebri secondary to steroids. Scand. J. Gastroenterol. 24, Supplement 158:146–147).

The characteristic profile of budesonide when used for the treatment of these diseases is a high anti-inflammatory effect at the place of application but a low degree of unwanted systemic glucocorticoid side effects. The low degree of systemic side effects of budesonide is a result of a high first pass liver metabolism transferring budesonide into substantially less active metabolites.

Especially the 22R-epimer of budesonide seems to be very promising in the treatment of inflammatory bowel diseases as hereinbefore defined when orally administered because, compared to budesonide it is more potent, is more rapidly metabolised by the liver and thus less available in the systemic circulation and thereby causing less unwanted systemic effects.

The 22R-epimers of compounds [I], [II], [III], [IA], [IIA] and [IIIA] are described and claimed in Swedish Patent Specification 378 110.

Compounds [IV], [V], [IVA], [VA] and the 22R-epimers thereof are described and claimed in European Patent Specification 54010.

Compounds [VI], [VII], [VIII] and the 20R-epimers thereof are described and claimed in European Patent Application 143 764.

Compound [IX] and the 22R-epimer thereof are described add claimed in European Patent Application 232 690.

We have surprisingly found that the above identified glucocorticosteroids administered by the convenient oral route are of great potential benefit in the treatment of inflammatory bowel diseases as hereinbefore defined.

The above mentioned compounds thus potentially represents a very significant advance over other glucocorticosteroids which exert their effects systemically and other drugs previously used for the management of Crohn's disease, particularly in avoiding the systemic side effects normally associated with glucocorticosteroid therapy. The high first pass liver metabolism of the drug renders possible its safe

use in the maintenance therapy of the disease as well as achieving remission in the acute phase. Although Crohn's disease is not a very common condition, it is a chronic and often debilitating disorder that can benefit from a safer and more effective treatment.

In ulcerative colitis, the drug may help to reduce the number of patients having to undergo surgery and in addition, its lack of systemic effects makes it possible to use the drug for maintenance therapy once remission has been achieved.

The invention therefore provides pharmaceutical compositions comprising the glucocorticosteroids hereinbefore defined for use in the treatment by the oral route of bowel diseases as hereinbefore defined.

The invention also provides the use of the glucocorticosteroids as hereinbefore defined in the preparation of pharmaceutical compositions for the treatment by the oral route of bowel diseases as hereinbefore defined.

The invention further provides a method of treatment of bowel diseases as hereinbefore defined wherein an effective dose of a glucocorticosteroid as hereinbefore defined is administered by the oral route to a human or animal subject suffering from said bowel disease.

In order for the oral composition containing the glucocorticosteroids as hereinbefore defined to be applicable for the treatment of the bowel diseases as hereinbefore defined the composition must be adjusted to this particular purpose. The adjusted composition is a further aspect of the present invention, and it can be used generally when treating ulcerative colitis and Crohn's disease.

The transit time through the gastro-intestinal canal for different dosage forms are rather well known. When the dosage form has been emptied from the stomach the transit through the small intestine takes 3 to 5 hours. The residence time in the large intestine is considerably longer, 25 to 50 hours. Ideally, as long as the dosage form remains in the stomach no release should occur. If Crohn's disease in small intestine is going to be treated the release should continue during about 5 hours after the dosage form has left the stomach. If the large intestine is going to be treated the release should ideally start at caecum, and continue for up to 50 hours.

The present invention utilizes pharmaceutical formulation techniques to provide compositions of a glucocorticosteroid for treating the inflammatory diseases of the bowel as hereinbefore defined. The glucocorticosteroid must have a chance to reach the inflamed part of the bowel in sufficient concentration and for a sufficient long time to exert it's local action, in the case of Crohn's disease the whole bowel or only the small intestine and in the case of ulcerative colitis the caecum (cecum), colon and the rectum.

A multiple unit composition in a capsule has been found suitable for fulfilling the above-mentioned demands. In ulcerative colitis, the composition should be formulated so that the glucocorticosteroid is released preferentially during the passage of the colon. In Crohn's disease in the ileum the composition should be formulated so that the glucocorticosteroid is released preferentially during the passage of the small intestine. This can be accomplished by enteric and/or slow release coating of the units containing the glucocorticosteroid. Such formulations of glucocorticosteroids are novel.

The dosage range for treatment of the bowel diseases as hereinbefore defined is suitably 2–20 mg divided into 1 to 4 doses during a 24-hour period.

## DETAILED DESCRIPTION

The units will have a size between 0.3 and 5 mm, preferably a size between 0.5 and 2 mm. The units will be

5,643,602

<table>
<tr><td>5</td><td>6</td></tr>
</table>

administered in hard gelatine capsules, the size of which will depend on the dose administered.

Each unit comprises a core, a first layer on the core and a second layer on the first layer.

The core consists of a non-pareil seed, preferably having a diameter between 0.2 and 1.0 mm, to which the glucocorticosteroid is applied or a seed in which the glucocorticosteroid is homogeneously distributed. The excipients used to prepare the seeds comprise one or more of pharmaceutically acceptable materials, e.g. sugar, starch, micro-crystalline cellulose, waxes and polymeric binding agents.

The first layer on the non-pareil seeds comprises the glucocorticosteroid and a water-soluble or water-insoluble polymer which acts both as binder for the glucocorticosteroid and as a rate-limiting layer for release of the glucocorticosteroid. Such polymers may be selected from cellulose derivatives, acrylic polymers and copolymers, vinyl polymers and other high molecular polymer derivatives or synthetic polymers such as methylcellulose, hydroxypropylcellulose, hydroxypropylmethylcellulose, ethylcellulose, cellulose acetate, polyvinyl pyrrolidone, polyvidone acetate, polyvinyl acetate, polymethacrylates and ethylene-vinyl acetate copolymer or a combination thereof. Preferred film-forming polymers are ethylcellulose or copolymers of acrylic and methacrylic acid esters (Eudragit NE, Eudragit RL, Eudragit RS) in aqueous dispersion form.

The first, optionally rate-limiting layer on the seeds with homogeneously distributed glucocorticosteroid comprises a water insoluble polymer or a mixture of water insoluble polymers or a mixture of water soluble and water insoluble polymers mentioned above.

The polymers in the second layer may be selected from the group of anionic carboxylic polymers suitable for pharmaceutical purposes and being soluble with difficulty at a low pH but being soluble at a higher pH, the pH limit for solubility being in the interval of pH 4 to pH 7.5, said group comprising cellulose acetate phthalate, cellulose acetate trimellitate, hydroxypropylmethylcellulose phthalate, polyvinyl acetate phthalate and acrylic acid polymers e.g. partly esterified methacrylic acid polymers such as Eudragit L, Eudragit L100-55 and Eudragit S. These polymers may be used alone or in combination with each other or in combination with water insoluble polymers mentioned before. Preferred polymers are the Eudragits in aqueous dispersion form. The anionic carboxylic polymer comprises 25 to 100 % of the total polymer content.

The coatings may optionally comprise other pharmaceutically acceptable materials which improve the properties of the film-forming polymers such as plasticizers, anti-adhesives, surfactants, and diffusion-accelerating or diffusion-retarding substances.

Suitable plasticizers comprise phthalic acid esters, triacetin, dibutylsebacate, monoglycerides, citric acid esters and polyethylene glycols. Preferred plasticizers are acetyltributyl citrate and triethyl citrate.

Suitable antiadhesives comprise talc and metal stearates.

The amount of the first coating applied on the units is normally in the range between 0.5% and 30% by weight, preferably between 1% and 15%. This amount includes in the relevant case the weight of the steroid as well. The amount of the second coating applied on the units is normally in the range between 1% and 50% by weight, preferably between 2% and 25%, calculated on the weight of the coated units. The remainder constitutes the weight of the seed.

The preparation of the controlled release pellet formulation according to the present invention is characterized in that a non-pareil seed is enclosed in a layer of a glucocorticosteroid as hereinbefore defined and a water soluble or water insoluble polymer or a seed with homogeneously distributed glucocorticosteroid as hereinbefore defined is optionally enclosed in a layer of a water insoluble polymer or a mixture of water insoluble polymers or a mixture of water soluble or water insoluble polymers which in turn is enclosed in a membrane of a film-forming anionic carboxylic polymer or a mixture of a film-forming anionic carboxylic polymer and a water insoluble polymer which permits release of the glucocorticosteroid as hereinbefore defined in a manner set out below.

The controlled release pellet formulation according to this invention is thus characterized in that the pellet comprises

i) a core consisting of a non-pareil seed or a seed in which a glucocorticosteroid as defined below is homogeneously distributed and

ii) in case of a core consisting of a non-pareil seed, a layer of

a) a glucocorticosteroid selected from the group consisting of (22RS)-16α,17α-butylidenedioxy-11β,21-dihydroxypregna-1,4-diene-3,20-dione [I], the 22R-epimer of [I], (22RS)-16α,17α-butylidenedioxy-9α-fluoro-11β, 21-dihydroxy-pregna-1,4-diene-3,20-dione [II], the 22R-epimer of [II], (22RS)-16α,17α-butylidenedioxy-6α,9α-difluoro-11β,21-dihydroxy-pregna-1,4-diene-3,20-dione [III], the 22R-epimer of [III], (22RS)-21-acetoxy-16α,17α-butylidene-dioxy-11β-hydroxypregna-1,4-diene-3,20-dione [IA], the 22R-epimer of [IA], (22RS)-21-acetoxy-16α,17α-butylidene-dioxy-9α-fluoro-11β-hydroxy-pregna-1,4-diene-3,20-dione [IIA], the 22R-epimer of [IIA], (22RS)-21-acetoxy-16α,17α-butylidenedioxy-6α, 9α-difluoro-11β-hydroxy-1,4-diene-3,20-dione [IIIA], the 22R-epimer of [IIIA], (22RS)-16α,17α-butylidenedioxy-11β,21-dihydroxypregn-4-ene-3,20-dione [IV], the 22R-epimer of [IV], (22RS)-16α,17α-pentylidenedioxy-11β,21-dihydroxypregn-4-ene-3,20-dione [V], the 22R-epimer of [V], (22RS)-21-acetoxy-16α,17α-butylidene-dioxy-11β, hydroxypregn-4-ene-3,20-dione [IVA], the 22R-epimer of [IVA], (22RS)-21-acetoxy-16α,17α-pentylidene-dioxy-11β,hydroxypregn-4-ene-3,20-dione [VA], the 22R-epimer of [VA], methyl (20RS)-16α,17α-butylidenedioxy-11β-hydroxy-androsta-1,4-diene-3-one-17β-carboxylate [VI], the 20R-epimer of [VI], methyl (20RS)-16α,17α-butylidenedioxy-9α-fluoro-11β-hydroxy-androsta-1,4-diene-3-one-17β-carboxylate [VII], the 20R-epimer of [VII], methyl (20RS)-16α,17α-butylidenedioxy-6α,9α-difluoro-11β-hydroxy-androsta-1,4-diene-3-one-17β-carboxylate [VIII], the 22R-epimer of [VIII],

5,643,602

7

methyl (22RS)-16α,17α-butylidenedioxy-6α,9α-difluoro-11β-hydroxy-3,20-dioxo-pregna-1,4-diene-21-oate [IX] and the 22R-epimer of [IX] and

b) a pharmaceutical acceptable film forming water insoluble or water soluble polymer, or

in case of a core consisting of a seed in which a glucocorticosteroid as defined above is homogeneously distributed, an optionally layer of a pharmaceutically acceptable film forming water insoluble polymer or a mixture of water insoluble polymers or a mixture of water soluble and water insoluble polymers and

iii) a membrane surrounding said core and layer and containing a pharmaceutically acceptable film-forming anionic carboxylic polymer being soluble with difficulty at low pH but being soluble at a higher pH, either alone or in combination with a pharmaceutically acceptable film-forming water insoluble polymer,

the thickness of said layer or said membrane and/or the ratio of said anionic carboxylic polymer to said insoluble polymer being effective to prevent release of said glucocorticosteroid from said pellet in gastric fluids, but to permit release of said glucocorticosteroid from said pellet in intestinal fluids at a rate allowing treatment of the part of the intestinal tract where the disease resides, i.e. at a rate corresponding to a release time of 1 to 50 hours, preferably 5 to 10 hours when treating the small intestine and 25 to 50 hours when treating the large intestine, said rate being measured in vitro as a dissolution rate of said unit in simulated gastric and intestinal fluids, when measured in a flow through cell at 8 mL/min and 37° C. substantially corresponds to the following for units intended for treating the small intestine:

a) not more than 10%, preferably not more than 5%, of the total glucocorticosteroid is released after two hours in simulated gastric fluid in said assembly,

b) from 15 to 55%, preferably from 20 to 50%, of the total glucocorticosteroid is released after two hours in simulated intestinal fluid in said assembly,

c) from 35 to 80%, preferably from 40 to 70%, of the total glucocorticosteroid is released after four hours in simulated intestinal fluid in said assembly,

d) not less than 60, preferably 60 to 90%, of the total glucocorticosteroid is released after eight hours in simulated intestinal fluid in said assembly,.

e) not less than 80% of the total glucocorticoid steroid is released after twelve hours in simulated intestinal fluid in said assembly,

and for units intended for treating the large intestine:

a) not more than 10%, preferably not more than 5%, of the total glucocorticosteroid is released after two hours in simulated gastric fluid in said assembly,

b) from 5 to 30%, preferably from 10 to 30%, of the total glucocorticosteroid is released after four hours in simulated intestinal fluid in said assembly,

c) from 20 to 65%, preferably from 35 to 55%, of the total glucocorticosteroid is released after twelve hours in simulated intestinal fluid in said assembly,

d) from 40 to 95%, preferably from 55 to 85%, of the total glucocorticosteroid is released after twenty-four hours in simulated intestinal fluid in said assembly,

e) not less than 70%, preferably not less than 80%, of the total glucocorticosteroid is released after forty-eight hours in simulated intestinal fluid in said assembly.

In one embodiment of the composition there is a layer which comprises budesonide or the 22R epimer thereof and

8

a water soluble or water insoluble polymer beneath the membrane surrounding the pellet.

In another embodiment of the composition the polymeric material of the layer in which budesonide or its 22R epimer is embedded is selected from polyvinylpyrrolidone and hydroxypropylmethylcellulose or alternatively from ethylcellulose, cellulose acetate and copolymers of acrylic and methacrylic acid esters.

In still another embodiment of the composition the layer which comprises budesonide or its 22R epimer and a water soluble or water insoluble polymer includes one or more additional components selected from plasticizers, anti-adhesives adhesives and surfactants.

WORKING EXAMPLES

The following pharmaceutical compositions can be used in the treatment of bowel diseases according to the invention.

Example 1

| | mg/capsule |
|---|---|
| Budesonide micronized | 1.0 |
| Sugar spheres | 321 |
| Aquacoat ECD 30 | 6.6 |
| Acetyltributyl citrate | 0.5 |
| Polysorbate 80 | 0.1 |
| Eudragit L100-55 | 17.5 |
| Triethylcitrate | 1.8 |
| Talc | 8.8 |
| Antifoam MMS | 0.01 |

Budesonide (32.2 g) was suspended in the Aquacoat ECD 30 dispersion (0.70 kg) with the aid of the Polysorbate 80 (0.42 g) together with acetyltributyl citrate (15.8 g). The mixture was sprayed on to sugar spheres (10.2 kg) in a fluid bed apparatus. The enteric coating consisting of the Eudragit L100-55 dispersion, ( Eudragit L100-55 (0.558 kg), triethylcitrate (55.8 g), talc (0.279 kg), Antifoam MMS (0.44 g) and Polysorbate 80 (2.79 g)) was then sprayed on the spheres. The pellets were dried in the fluid bed apparatus, sieved and filled in hard gelatine capsules.

The finished pellets were then subjected to a dissolution test as follows:

Apparatus: Flow-through cells (Sotax Dissotest CE6, equipped with 12 mm cells) at a flow rate of 8 mL/min and at 37° C.

Medium: Simulated gastric fluid (SGF), pH 1.2 and simulated intestinal fluid (SIF), pH 7.5 according to USP without enzymes.

Method: For the dissolution test in simulated gastric fluid, 2.8 g of pellets, and for the test in simulated intestinal fluid, 1.4 g of pellets were placed in the cells and the test commenced. For specified time periods fractions were collected and analyzed for budesonide by a liquid chromatographic method. The percentage dissolution at each time point was calculated. The results are shown in Table 1.

5,643,602

**9**

TABLE 1

|  | Dissolution of budesonide of Example 1 | | | | |
| --- | --- | --- | --- | --- | --- |
|  | Percentage dissolution after | | | | |
| Medium | 1 hour | 2 hours | 4 hours | 8 hours | 12 hours |
| SGF | 1 | 2 | 3 | — | — |
| SIF | 34 | 53 | 75 | 92 | 97 |

Example 2

|  | mg/capsule |
| --- | --- |
| Budesonide micronized | 2.0 |
| Sugar spheres | 292 |
| Aquacoat ECD 30 | 4.8 |
| Acetyltributyl citrate | 0.4 |
| Polysorbate 80 | 0.01 |
| Eudragit NE30D | 17.5 |
| Eudragit S100 | 17.5 |
| Talc | 17.5 |

Budesonide (3.5 g) was suspended in the Aquacoat ECD 30 dispersion (28.0 g) with the aid of the Polysorbate 80 (0.02 g) together with acetyltributyl citrate (0.63 g). The mixture was sprayed on to sugar spheres (510 g) in a fluid bed apparatus. The rate-limiting and enteric coating consisting of Eudragit S100 (30.0 g) and talc (30.0 g) suspended in the Eudragit NE30D dispersion (100 g) with the aid of Polysorbate 80 (0.3 g) was then sprayed on the spheres. The pellets were dried, sieved and filled in hard gelatine capsules.

The finished pellets were then subjected to a dissolution test as follows:

Apparatus: Flow-through cells (Sotax Dissotest CE6, equipped with 12 mm cells) at a flow rate of 8 mL/min and at 37° C.

Medium: Simulated gastric fluid (SGF), pH 1.2 and simulated intestinal fluid (SIF), pH 7.5 according to USP without enzymes.

Method: For the dissolution test in simulated gastric fluid and simulated intestinal fluid, 2.8 g of pellets were placed in the cells and the test commenced. For specified time periods fractions were collected and analyzed for budesonide by a liquid chromatographic method. The percentage dissolution at each time point was calculated. The results are shown in Table 2.

TABLE 2

|  | Dissolution of budesonide of Example 2 | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Percentage dissolution after (hours) | | | | | | | |
| Medium | 1 | 2 | 4 | 8 | 12 | 18 | 24 | 36 | 48 |
| SGF | 0 | 0 | 1 | — | — | — | — | — | — |
| SIF | 5 | 8 | 13 | 20 | 27 | 35 | 43 | 56 | 67 |

**10**

Example 3

|  | mg/capsule |
| --- | --- |
| Budesonide micronized | 2.0 |
| Sugar spheres | 305 |
| Aquacoat ECD 30 | 5.0 |
| Acetyltributyl citrate | 0.4 |
| Polysorbate 80 | 0.14 |
| Eudragit NE30D | 12.6 |
| Eudragit S100 | 12.6 |
| Talc | 12.6 |

Budesonide (6.69 g) was suspended in the Aquacoat ECD 30 dispersion (56.0 g) with the aid of the Polysorbate 80 (0.04 g) together with acetyltributyl citrate (1.26 g). The mixture was sprayed on to sugar spheres (1020 g) in a fluid bed apparatus. The rate-limiting and enteric coating consisting of Eudragit S100 (42.0 g) and talc (42.0 g) suspended in the Eudragit NE30D dispersion (140 g) with the aid of Polysorbate 80 (0.42 g) was then sprayed on the spheres. The pellets were dried, sieved and filled in hard gelatine capsules.

The finished pellets were then subjected to a dissolution test as follows:

Apparatus: Flow-through cells (Sotax Dissotest CE6, equipped with 12 mm cells) at a flow rate of 8 mL/min and at 37° C.

Medium: Simulated gastric fluid (SGF), pH 1.2 and simulated intestinal fluid (SIF), pH 7.5 according to USP without enzymes.

Method: For the dissolution test in simulated gastric fluid, 2.8 g of pellets, and for the test in simulated intestinal fluid, 2.1 g of pellets were placed in the cells and the test commenced. For specified time periods fractions were collected and analyzed for budesonide by a liquid chromatographic method. The percentage dissolution at each time point was calculated. The results are shown in Table 3.

TABLE 3

|  | Dissolution of budesonide of Example 3 | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Percentage dissolution after (hours) | | | | | | | |
| Medium | 1 | 2 | 4 | 8 | 12 | 18 | 24 | 48 |
| SGF | 0 | 1 | 1 | — | — | — | — | — |
| SIF | 6 | 10 | 17 | 27 | 35 | 46 | 55 | 80 |

Example 4

|  | mg/capsule |
| --- | --- |
| Budesonide micronized | 0.5 |
| Sugar spheres | 286 |
| Aquacoat ECD 30 | 24.2 |
| Acetyltributyl citrate | 1.8 |
| Eudragit NE30D | 12.6 |
| Eudragit S100 | 12.6 |
| Talc | 12.6 |

Budesonide (0.90 g) was suspended in the Aquacoat ECD 30 dispersion (144 g) together with acetyltributyl citrate (1.82 g). The mixture was sprayed on to sugar spheres (510 g) in a fluid bed apparatus. The rate-limiting and enteric

5,643,602

**11**

coating consisting of Eudragit S100 (22.5 g) and talc (22.5 g) suspended in the Eudragit NE30D dispersion (75.0 g) was then sprayed on the spheres. The pellets were dried, sieved and filled in hard gelatine capsules.

The finished pellets were then subjected to a dissolution test as follows:

Apparatus: Flow-through cells (Sotax Dissotest CE6, equipped with 12 mm cells) at a flow rate of 8 mL/min and at 37° C.

Medium: Simulated gastric fluid (SGF), pH 1.2 and simulated intestinal fluid (SIF), pH 7.5 according to USP without enzymes.

Method: For the dissolution test in simulated gastric fluid, 2.8 g of pellets, and for the test in simulated intestinal fluid, 2.1 g of pellets were placed in the cells and the test commenced. For specified time periods fractions were collected and analyzed for budesonide by a liquid chromatographic method. The percentage dissolution at each time point was calculated. The results are shown in Table 4.

### TABLE 4

|  | Dissolution of budesonide of Example 4 | | | | | |
|---|---|---|---|---|---|---|
|  | Percentage dissolution after (hours) | | | | | |
| Medium | 1 | 2 | 4 | 8 | 12 | 18 |
| SGF | 1 | 1 | 3 | — | — | — |
| SIF | 7 | 15 | 29 | 50 | 67 | 84 |

Absorption data for the budesonide formulation prepared in Example 1

Each of two healthy volunteers took the formulation in Example 1 corresponding to 9 mg of budesonide. Blood samples were drawn at different time-points up to 48 hours after drug administration. Plasma samples were analysed for budesonide by a specific HPLC-RIA method. The absorption process was estimated by the numerical point to point deconvolution method on plasma concentration data. The absorption values were scaled to the same final level by dividing the values with the absorption value at the last time-point when absorption was considered complete. The values are presented in Table 1A. The absolute bioavailability was 10.8% and 9.6% for the two subjects, respectively. For comparison, the absolute bioavailability of a fast releasing budesonide capsule is 10 to 15%, and the mean absorption time is less than 2 hours. Of the dose absorbed about 30% and 55% was absorbed in the time interval 2–12 hours in the two subjects, respectively. Absorption in this time interval probably occurs during the passage of the formulation through ileum, caecum and proximal colon.

### TABLE 1A

|  | Absorption of budesonide of Example 1 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Subj | Percentage absorption after (hours) | | | | | | | |
| no. | 1 | 2 | 4 | 8 | 12 | 24 | 36 | |
| 3 | — | 7 | 14 | 23 | 37 | 83 | 100 | |
| 5 | 13 | 39 | 61 | 85 | 94 | 99 | 100 | |

Absorption data for the budesonide formulation prepared in Example 2

Each of two healthy volunteers took the formulation in Example 2 corresponding to 20 mg of budesonide. Blood

**12**

samples were drawn at different time-points up to 72 hours after drug administration. Plasma samples were analysed for budesonide by a specific HPLC-RIA method. The absorption process was estimated by the numerical point to point deconvolution method on plasma concentration data. The absorption values were scaled to the same final level by dividing the values with the absorption value at the last time-point when absorption was considered complete. The values are presented in Table 2A. The absolute bioavailability was 3.1% and 2.3% for the two subjects, respectively. For comparison, the absolute bioavailability of a fast releasing budesonide capsule is 10 to 15%, and the mean absorption time is less than 2 hours. Of the dose absorbed about 68% and 67% was absorbed in the time interval 6–36 hours in the two subjects, respectively. Absorption in this time interval probably occurs during the passage of the formulation through caecum and colon-rectum.

### TABLE 2A

|  | Absorption of budesonide of Example 2 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Subj | Percentage absorption after (hours) | | | | | | | | |
| no. | 2 | 4 | 6 | 8 | 12 | 24 | 36 | 48 | 60 | 72 |
| 4 | 5 | 15 | 24 | 29 | 48 | 80 | 92 | 96 | 98 | 100 |
| 5 | 5 | 19 | 33 | 43 | 57 | 87 | 100 | | | |

Absorption data for the budesonide formulation prepared in Example 3

Each of two healthy volunteers took the formulation in Example 3 corresponding to 20 mg of budesonide. Blood samples were drawn at different time-points up to 72 hours after drug administration. Plasma samples were analysed for budesonide by a specific HPLC-RIA method. The absorption process was estimated by the numerical point to point deconvolution method on plasma concentration data. The absorption values were scaled to the same final level by dividing the values with the absorption value at the last time-point when absorption was considered complete. The values are presented in Table 3A. The absolute bioavailability was 6.3% and 4.9% for the two subjects, respectively. For comparison, the absolute bioavailability of a fast releasing budesonide capsule is 10 to 15%, and the mean absorption time is less than 2 hours. Of the dose absorbed about 67% and 71% was absorbed in the time interval 6–36 hours in the two subjects, respectively. Absorption in this time interval probably occurs during the passage of the formulation through caecum and colon-rectum.

### TABLE 3A

|  | Absorption of budesonide of Example 3 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Subj | Percentage absorption after (hours) | | | | | | | | |
| no. | 2 | 4 | 6 | 8 | 12 | 24 | 36 | 48 | 60 | 72 |
| 1 | 6 | 16 | 27 | 35 | 53 | 83 | 94 | 98 | 99 | 100 |
| 3 | 1 | 2 | 6 | 16 | 28 | 57 | 78 | 91 | 97 | 100 |

Absorption data for the budesonide formulation prepared in Example 4

Each of two healthy volunteers took the formulation in Example 4 corresponding to 20 mg of budesonide. Blood samples were drawn at different time-points up to 72 hours after drug administration. Plasma samples were analysed for budesonide by a specific HPLC-RIA method. The absorption process was estimated by the numerical point to point

5,643,602

13

deconvolution method on plasma concentration data. The absorption values were scaled to the same final level by dividing the values with the absorption value at the last time-point when absorption was considered complete. The values are presented in Table 4A. The absolute bioavailability was 16.2% and 3.4% for the two subjects, respectively. For comparison, the absolute bioavailability of a fast releasing budesonide capsule is 10 to 15%, and the mean absorption time is less than 2 hours. Of the dose absorbed about 71% and 44% was absorbed in the time interval 6–36 hours in the two subjects, respectively. Absorption in this time interval probably occurs during the passage of the formulation through caecum and colon-rectum.

TABLE 4A

| | Absorption of budesonide of Example 4 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Subj | Percentage absorption after (hours) | | | | | | | | | |
| no. | 2 | 4 | 6 | 8 | 12 | 24 | 36 | 48 | 60 | 72 |
| 1 | 3 | 16 | 24 | 36 | 56 | 86 | 94 | 98 | 99 | 100 |
| 2 | 8 | 33 | 51 | 62 | 72 | 89 | 95 | 97 | 99 | 100 |

I claim:

1. A controlled release pellet formulation for oral administration in the treatment of inflammatory bowel diseases wherein the pellet, having a size between 0.3 mm and 5 mm diameter, comprises

(i)

a) a core consisting of a non-pareil seed or

b) a seed in which a glucocorticosteroid as defined in this claim is homogeneously distributed; and

(ii)

a) in the case of the core consisting of a non-pareil seed, a layer surrounding said core of

i)' a glucocorticosteroid selected from the group consisting of (22R,S)-16α,17α-butylidenedioxy-11β,21-dihydroxypregna-1,4-diene-3,20-dione (I); the 22R-epimer of (I); (22R,S)-16α,17α-butylidenedioxy-9α-fluoro-11β,21-dihydroxy-pregna-1,4-diene-3,20-dione (II); the 22R-epimer of (II); (22R,S)-16α,17α-butylidenedioxy-6α,9α-difluoro-11β,21-dihydroxy-pregna-1,4-diene-3,20-dione (III); the 22R-epimer of (III); (22R,S)-21-acetoxy-16α,17α-butylidenedioxy-11β-hydroxypregna-1,4-diene-3,20-dione (IA); the 22R-epimer of (IA); (22R, S)-21-acetoxy-16α-17α-butylidenedioxy-9α-fluoro-11β-hydroxy-pregna-1,4-diene-3,20-dione (IIA); the 22R-epimer of (IIA); (22R, S)-21-acetoxy-16α,17α-butylidenedioxy-6α,9α-difluoro-11β-hydroxy-pregna-1,4-diene-3,20-dione (IIIA); the 22R-epimer of (IIIA); (22R,S)-16α,17α-butylidenedioxy-11β,21-dihydroxypregna-4-ene-3,20-dione (IV); the 22R-epimer of (IV); (22R,S)-16α,17α-pentylidenedioxy- 11β,21-dihydroxypregna-4-ene-3,20-dione (V); the 22R-epimer of (V); (22R,S)-21-acetoxy-16α,17α-butylidenedioxy-11β hydroxypregna-4-ene-3,20-dione (IVA); the 22R-epimer of (IVA); (22R,S)-21-acetoxy-16α,17α-pentylidenedioxy-11β hydroxypregna-4-ene-3,20-dione (VA); the 22R-epimer of (VA); methyl (20R,S)-16α,17α-butylidenedioxy-11β-hydroxy-androsta-1,4-diene-3-one-17β-carboxylate (VI); the 20R-epimer of (VI); methyl (20R, S)-16α,17α-

14

butylidenedioxy-9α-fluoro-11β-hydroxy-androsta-1,4-diene-3-one-17β-carboxylate (VII); the 20R-epimer of (VII); methyl (20R,S)-16α,17α-butylidenedioxy-9α,9α-difluoro-11β-hydroxy-androsta-1,4-diene-3-one-17β-carboxylate (VIII); the 20R-epimer of (VIII); methyl (22R,S)-16α,17β-butylidenedioxy-6α,9α-difluoro-11β-hydroxy-3,20-dioxo-pregna-1,4-diene-21-oate (IX) and the 22R-epimer of (IX), and

ii)' a pharmaceutically acceptable film-forming, water-insoluble or water-soluble polymer, the layer comprising about 0.5–30% of the pellet by weight, or

b) in the case of the core consisting of a seed in which a glucocorticosteroid as defined in this claim is homogeneously distributed, a layer surrounding said core of a pharmaceutically acceptable, film-forming, water-insoluble polymer or a pharmaceutically acceptable mixture of film-forming, water-insoluble polymers, or a pharmaceutically acceptable mixture of film-forming, water-soluble and film-forming, water-insoluble polymers; and

(iii) a membrane surrounding both said core and said surrounding layer and containing a pharmaceutically acceptable, film-forming, anionic carboxylic polymer being difficult to dissolve at a low pH but being soluble at a higher pH of about 4 to 7.5, the polymer being either alone or in combination with a pharmaceutically acceptable, film-forming, water-insoluble polymer, the membrane comprising about 1–50% of the pellet by weight, the thickness of said layer or said membrane, or the ratio of said anionic carboxylic polymer to said water-insoluble polymer being effective to prevent release of said glucocorticosteroid from said pellet in gastric fluids, but to permit release of said glucocorticosteroid from said pellet in intestinal fluids at a rate allowing treatment of the part of the intestinal tract where the disease resides, which rate corresponds to a release time in vivo of 1 to 50 hours.

2. A controlled release pellet formulation for oral administration in the treatment of inflammatory bowel diseases wherein the pellet, having a size between 0.3 mm and 5 mm diameter, comprises

(i)

a) a core consisting of a non-pareil seed or

b) a seed in which a glucocorticosteroid as defined in this claim is homogeneously distributed; and

(ii)

a) in case of the core consisting of a non-pareil seed, a layer surrounding said core of

i)' a glucocorticosteroid selected from the group consisting of (22R,S)-16α,17α-butylidenedioxy-11β,21-dihydroxypregna-1,4-diene-3,20-dione (I); the 22R-epimer of (I); (22R,S)-16α,17α-butylidenedioxy-9α-fluoro-11β,21-dihydroxy-pregna-4,1-diene-3,20-dione (II); the 22R-epimer of (II); (22R,S)-16α,17α-butylidenedioxy-6α,9α-difluoro-11β,21-dihydroxy-pregna-1,4-diene-3, 20-dione (III); the 22R-epimer of (III); (22R, S)-21-acetoxy-16α,17α-butylidenedioxy-11β-hydroxypregna-1,4-diene-3,20-dione (IA); the 22R-epimer of (IA); (22R,S)-21-acetoxy-16α, 17α-butylidenedioxy-9α-fluoro-11β-hydroxy-pregna-1,4-diene-3,20-dione (IIA); the 22R-epimer of (IIA); (22R,S)-21-acetoxy-16α,17α-butylidenedioxy-6α,9α-difluoro-11β-

5,643,602

15

hydroxypregna-1,4-diene-3,20-dione (IIIA); the 22R-epimer of (IIIA); (22R,S)-16α,17α-butylidenedioxy-11β,21-dihydroxypregna-4-ene-3,20-dione (IV); the 22R-epimer of (IV); (22R,S)-16α,17α-pentylidenedioxy-11β,21-dihydroxypregna-4-ene-3,20-dione (V); the 22R-epimer of (V); (22R, S)-21-acetoxy-16α,17α-butylidenedioxy-11β hydroxypregna-4-ene-3,20-dione (IVA); the 22R-epimer of (IVA); (22R,S)-21-acetoxy-16α,17α-pentylidenedioxy-11βhydroxypregna-4-ene-3,20-dione (VA); the 22R-epimer of (VA); methyl (20R, S)-16α,17α-butylidenedioxy-11β-hydroxy-androsta-1,4-diene-3-one-17β-carboxylate (VI); the 20R-epimer of (VI); methyl (20R,S)-16α,17α-butylidenedioxy-9α-fluoro-11β-hydroxy-androsta-1,4-diene-3-one-17β-carboxylate (VII); the 20R-epimer of (VII); methyl (20R, S)-16α, 17α-butylidenedioxy-6α,9α-difluoro-11β-hydroxy-androsta-1,4-diene-3-one-17β-carboxylate (VIII); the 20R-epimer of (VIII); methyl (22R,S)-16α,17α-butylidenedioxy-6α,9α-difluoro-11β-hydroxy-3,20-dioxo-pregna-1,4-diene-21-oate (IX) and the 22R-epimer of (IX), and

ii) ' a pharmaceutically acceptable, film-forming, water-insoluble or water-soluble polymer, the layer comprising about 0.5–30% of the pellet by weight, or

(b) in the case of the core consisting of a seed in which a glucocorticosteroid as defined in this claim is homogeneously distributed, a layer surrounding said core of a pharmaceutically acceptable, film-forming, water-insoluble polymer, or a pharmaceutically acceptable mixture of film-forming, water-insoluble polymers, or a pharmaceutically acceptable mixture of film-forming, water-soluble and film-forming, water-insoluble polymers; and

(iii) a membrane surrounding both said core and said surrounding layer and containing a pharmaceutically acceptable, film-forming, anionic carboxylic polymer being difficult to dissolve at a low pH but being soluble at a higher pH of about 4 to 7.5 the polymer being either alone or in combination with a pharmaceutically acceptable, film-forming, water-insoluble polymer, the membrane comprising about 1–50% of the pellet by weight, the thickness of said layer or said membrane, or the ratio of said anionic carboxylic polymer to said water-insoluble polymer being effective to prevent release of said glucocorticosteroid from said pellet in gastric fluids, but to permit release of said glucocorticosteroid from said pellet in intestinal fluids at a rate allowing treatment of the part of the intestinal tract where the disease resides, which rate corresponds to a release time in vivo of 1 to 50 hours, said rate being measured in vitro as a dissolution rate of a dosage unit in simulated gastric and intestinal fluids, when measured in a flow-through cell at 8 ml/min and 37° C. and corresponds to a formulation for treating the small intestine wherein:

a) not more than 10% of the total glucocorticosteroid is released after two hours in simulated gastric fluid in said assembly,

b) from 15 to 55% of the total glucocorticosteroid is released after two hours in simulated intestinal fluid in said assembly,

c) from 35 to 80% of the total glucocorticosteroid is released after four hours in simulated intestinal fluid in said assembly,

16

d) not less than 60% of the total glucocorticosteroid is released after eight hours in simulated intestinal fluid in said assembly,

e) not less than 80% of the total glucocorticosteroid is released after twelve hours in simulated intestinal fluid in said assembly,

and a formulation for treating the large intestine wherein:

f) not more than 10% of the total glucocorticosteroid is released after two hours in simulated gastric fluid in said assembly,

g) from 5 to 30% of the total glucocorticosteroid is released after four hours in simulated intestinal fluid in said assembly,

h) from 20 to 65% of the total glucocorticosteroid is released after twelve hours in simulated intestinal fluid in said assembly,

i) from 40 to 95% of the total glucocorticosteroid is released after twenty-four hours in simulated intestinal fluid in said assembly, and

j) not less than 70% of the total glucocorticosteroid is released after forty-eight hours in simulated intestinal fluid in said assembly.

3. A controlled release pellet formulation for oral administration in the treatment of inflammatory bowel diseases wherein the pellet, having a size between 0.3 mm and 5 mm in diameter, comprises

(i)

a) a core consisting of a non-pareil seed or

b) a seed in which a glucocorticosteroid is homogeneously distributed; and

(ii)

a) in the case of the core consisting of a non-pareil seed, a layer surrounding said core of

(i)' a glucocorticosteroid selected from the group consisting of (22R,S)-16α,17α-butylidenedioxy-11β,21-dihydroxypregna-1,4-diene-3,20-dione (I); the 22R-epimer of (I); (22R,S)-16α,17α-butylidenedioxy-9α-fluoro-11β,21-dihydroxypregna-1,4-diene-3,20-dione (II); the 22R-epimer of (II); (22R, S)-16α,17α-butylidenedioxy-6α,9α-difluoro-11β,21-dihydroxy-pregna-1,4-diene-3,20-dione (III); the 22R-epimer of (III); (22R,S)-21-acetoxy-16α,17α-butylidenedioxy-11β-hydroxypregna-1,4-diene-3,20-dione (IA); the 22R-epimer of (IA); (22R,S)-21-acetoxy-16α-17α-butylidenedioxy-9α-fluoro-11β-hydroxy-pregna-1,4-diene-3,20-dione (IIA); the 22R-epimer of (IIA); (22R,S)-21-acetoxy-16α,17α-butylidenedioxy-6α,9α-difluoro-11β-hydroxypregna-1,4-diene-3,20-dione (IIIA); the 22R-epimer of (IIIA); (22R,S)-16α,17α-butylidenedioxy-11β,21-dihydroxypregna-4-ene-3,20-dione (IV); the 22R-epimer of (IV); (22R,S)-16α,17α-pentylidenedioxy-11β,21-dihydroxypregna-4-ene-3,20-dione (V); the 22R-epimer of (V); (22R, S)-21-acetoxy-16α,17α-butylidenedioxy-11β hydroxypregna-4-ene-3,20-dione (IVA); the 22R-epimer of (IVA); (22R, S)-21-acetoxy-16α,17α-pentylidenedioxy-11βhydroxypregna-4-ene-3,20-dione (VA); the 22R-epimer of (VA); methyl (20R, S)-16α,17α-butylidenedioxy-11β-hydroxy-androsta-1,4-diene-3-one-17β-carboxylate (VI); the 20R-epimer of (VI); methyl (20R, S)-16α,17α-butylidenedioxy-9α-fluoro-11β-hydroxy-androsta-1,4-diene-3-one-17β-carboxylate (VII);

5,643,602

17

the 20R-epimer of (VII); methyl (20R, S)-16α,
17α-butylidenedioxy-6α,9α-difluoro-11β-
hydroxy-androsta-1,4-diene-3-one-17β-
carboxylate (VIII); the 20R-epimer of (VIII);
methyl (22R,S)-16α,17α-butylidenedioxy-6α,9α-
difluoro-11β-hydroxy-3,20-dioxo-pregna-1,4-
diene-21-oate (IX) and the 22R-epimer of (IX),
and

(ii)′ a pharmaceutical acceptable, film-forming,
water-insoluble or water-soluble polymer, the
layer comprising about 0.5–30% of the pellet by
weight, or

(b) in the case of the core consisting of a seed in which
a glucocorticosteroid as defined in this claim is
homogeneously distributed, a layer surrounding said
core of a pharmaceutically acceptable, film-forming,
water-insoluble polymer, or a pharmaceutically
acceptable mixture of film-forming, water-insoluble
polymers or a pharmaceutically acceptable mixture
of film-forming, water-soluble and film-forming,
water-insoluble polymers; and

(iii) a membrane surrounding both said core and said
surrounding layer and containing a pharmaceutically
acceptable, film-forming, anionic carboxylic polymer
being difficult to dissolve at a low pH but being soluble
at a higher pH of about 4 to 7.5, either alone or in
combination with a pharmaceutically acceptable, film-
forming, water insoluble polymer, the thickness of said
layer or said membrane or the ratio of said anionic
carboxylic polymer to said water-insoluble polymer
being effective to prevent release of said glucocorti-
costeroid from said pellet in gastric fluids, but to permit
release of said glucocorticosteroid from said pellet in
intestinal fluids at a rate allowing treatment of the part
of the intestinal tract where the disease resides, which
rate corresponds to a, release time in vivo of 1 to 50
hours said rate being measured in vitro as a dissolution
rate of a dosage unit in simulated gastric and intestinal
fluids, when measured in a flow through cell at 8
mL/min and 37° C., and corresponds to the following
formulation for treating the small intestine, wherein:

a) not more than 5% of the total glucocorticosteroid is
released after two hours in simulated gastric fluid in
said assembly,

b) from 20 to 50% of the total glucocorticosteroid is
released after two hours in simulated intestinal fluid
in said assembly,

c) from 40 to 70% of the total glucocorticosteroid is
released after four hours in simulated intestinal fluid
in said assembly,

d) 60% to 90% of the total glucocorticosteroid is
released after eight hours in simulated intestinal fluid
in said assembly,

e) not less than 80% of the total glucocorticosteroid is
released after twelve hours in simulated intestinal
fluid in said assembly,

and a formulation for treating the large intestine,
wherein

f) not more than 5% of the total glucocorticosteroid is
released after two hours in simulated gastric fluid in
said assembly,

g) from 10 to 30% of the total glucocorticosteroid is
released after four hours in simulated intestinal fluid
in said assembly,

h) from 35 to 55% of the total glucocorticosteroid is
released after twelve hours in simulated intestinal
fluid in said assembly,

18

i) from 55 to 85% of the total glucocorticosteroid is
released after twenty-four hours in simulated intes-
tinal fluid in said assembly, and

j) not less than 80% of the total glucocorticosteroid is
released after forty-eight hours in simulated intesti-
nal fluid in said assembly.

4. The formulation according to claim 1 2 or 3 wherein the
anionic carboxylic polymer ranges from 25% to 100% by
weight of the total polymer content of said membrane.

5. The formulation according to claim 1, 2 or 3 wherein
the anionic carboxylic polymer is selected from the group
consisting of cellulose acetate phthalate, cellulose acetate
trimellitate, polyvinyl acetate phthalate, hydroxypropyl-
methylcellulose phthalate and methacrylic acid copolymer.

6. The formulation according to claim 1, 2 or 3 wherein
the water insoluble polymer is selected from the group
consisting of ethyl-cellulose, cellulose acetate, polyvinyl
acetate, ethylene-vinyl acetate copolymer, amino methacry-
late copolymers and polymethacrylic acid esters.

7. The formulation according to claim 1, 2 or 3 wherein
the membrane includes one additional component selected
from the group consisting of a plasticizer, an antiadhesive,
a surfactant and a mixture thereof.

8. The formulation according to claim 1, 2 or 3 wherein
the membrane ranges between 1 and 50% of the total weight
of the pellet.

9. The formulation according to claim 1 2 or 3 wherein the
glucocorticosteroid is budesonide or the 22R epimer thereof.

10. A formulation according to claim 1, 2 or 3, wherein the
layer surrounding the core and beneath the membrane com-
prises budesonide or the 22R epimer thereof and a water-
soluble or water insoluble film-forming polymer.

11. A formulation according to claim 10 wherein the layer
includes one additional component selected from the group
consisting of plasticizer, an antiadhesive, a surfactant and a
mixture thereof.

12. The formulation according to claim 1, 2 or 3, wherein
the layer beneath the membrane comprises a film-forming,
water-insoluble polymer, a mixture of film-forming, water-
insoluble polymers, or a mixture of water-insoluble and
water-soluble, film-forming polymers.

13. A formulation according to claim 1, 2 or 3 wherein the
polymeric material in which budesonide or the 22R epimer
thereof is embedded is selected from the group consisting of
polyvidone acetate, methylcellulose, hydroxypropyl
cellulose,          polyvinylpyrrolidone,
hydroxypropylmethylcellulose, ethylcellulose, cellulose
acetate, polyvinyl acetate, ethylene-vinylacetate copolymer,
an amino methacrylate copolymer and a polymethacrylic
acid ester.

14. A formulation according to claim 12 wherein the layer
includes one additional component selected from the group
consisting of a plasticizer, an antiadhesive, a surfactant and
a mixture thereof.

15. The formulation according to claim 12 wherein the
polymeric material is selected from the group consisting of
polyvidone     acetate,     methylcellulose,
hydroxypropylcellulose, ethylcellulose, cellulose acetate,
polyvinyl acetate, ethylene vinylacetate copolymer, an
amino methacrylate copolymer and a polymethacrylic acid
ester.

16. The formulation according to claim 1, 2 or 3 wherein
said core comprises budesonide or the 22R epimer thereof
homogeneously distributed in pharmaceutically acceptable
excipients or budesonide or the 22R epimer thereof in a layer
on a non-pareil seed wherein the seed has a diameter
between 0.2 and 1.5 mm.

5,643,602

19

20

17. The formulation according to claim 1, 2 or 3 wherein the release time in vivo is 5 to 10 hours for treating the small intestine or 25 to 50 hours for treating the large intestine.

18. The formulation according to claim 2 wherein the in vitro dissolution rate of the dosage unit for treating the small intestine is not more than 5% of the total glucocorticosteroid released after two hours in the simulated gastric fluid; from 20% to 50% thereof released after two hours in the simulated intestinal fluid; from 40% to 70% thereof released after four hours in simulated intestinal fluid; from 60% to 90% thereof released after eight hours in simulated intestinal fluid and not less than 80% thereof released after twelve hours in simulated intestinal fluid.

19. The formulation according to claim 2 wherein the dissolution rate for a dosage unit intended for treating the large intestine is not more than 5% of the total glucocorticosteroid being released after two hours in simulated gastric fluid; from 10% to 30% thereof is released after four hours in simulated intestinal fluid; from 35% to 65 % thereof is released after twelve hours in simulated intestinal fluid; 55% to 85% thereof is released after twenty-four hours in simulated intestinal fluid; and not less than 80% thereof is released after forty-eight hours in simulated intestinal fluid.

20. The formulation of claim 1, 2 or 3 wherein the pellet is substantially free of precipitating electrolyte salts or cross-linking additives.

21. The formulation according to claim 1, 2 or 3, wherein the layer comprises between 1% and 15% (w/w) of the total weight of the coated pellet.

22. A pharmaceutical composition comprising the formulation according to claim 1, 2 or 3, useful for the treatment

by the oral route of a bowel disease selected from the group consisting of ulcerative colitis, Crohn's colitis in its active phase, Crohn's colitis in its chronic phase as relapse-preventing therapy and Crohn's disease in the small intestines as a relapse preventing treatment.

23. A pharmaceutical composition as claimed in claim 22 wherein the bowel disease is ulcerative colitis.

24. The pharmaceutical composition as claimed in claim 22 wherein the glucocorticosteroid is budesonide or the 22R epimer thereof.

25. A capsule comprising a formulation of pellets according to claim 1, 2 or 3.

26. A process for the production of a pellet formulation according to any one of claims 1, 2 or 3 which comprises

a) making a core of pharmaceutically acceptable excipients with the glucocorticosteroid homogeneously distributed therein and optionally enclosing the core with a water-insoluble polymer, or a mixture of water-insoluble polymers or a mixture of water-soluble and water-insoluble polymers, or

b) enclosing a core of a non-pareil seed in a layer of a glucocorticosteroid and a water-soluble or water-insoluble polymer, and thereafter enclosing the coated core with a membrane of a film-forming, anionic carboxylic polymer, or a mixture of a film-forming, anionic carboxylic polymer and a water-insoluble polymer which permits release of the glucocorticosteroid in a manner set out in claim 1, 2 or 3.

* * * * *

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   :  5,643,602
DATED        :  July 1, 1997
INVENTOR(S)  :  Ulmius

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Claim 1 at column 14, line 7: "16α,17β " should be "16α,17α".

Claim 2 at column 14, line 57: "pregna-4,1-diene-" should be "pregna-1,4-diene-".

Claim 4 at column 18, line 7: "12 or 3" should be "1, 2 or 3".

Claim 9 at column 18, line 27: "12 or 3" should be "1, 2 or 3".

Claim 11 at column 18, line 35: insert -- a -- before "plasticizer".

Claim 15 at column 18, line 57: "methylcellulonse" should be "methylcellulose".

Signed and Sealed this

First Day of June, 1999

Attest:

Q. TODD DICKINSON

Attesting Officer

*Acting Commissioner of Patents and Trademarks*

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ASTRAZENECA LP, AKTIEBOLAGET DRACO,
KBI INC. and KBI-E INC.

**DEFENDANTS**
MYLAN PHARMACEUTICALS, INC.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jack B. Blumenfeld, MORRIS, NICHOLS, ARSHT & TUNNELL LLP,
1201 North Market Street, P.O. Box 1347,
Wilmington, DE  19899-1347, (302) 658-9200

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
      Plaintiff

☒ 3  Federal Question
      (U.S. Government Not a Party)

☐ 2  U.S. Government
      Defendant

☐ 4  Diversity
      (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                and One Box for Defendant)

|                                      | PTF | DEF |                                                        | PTF | DEF |
|--------------------------------------|-----|-----|--------------------------------------------------------|-----|-----|
| Citizen of This State                | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State             | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation                                      | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| **PERSONAL INJURY** | | ☐ 362 Personal Injury - Med. Malpractice | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 365 Personal Injury - Product Liability | **LABOR** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | **PERSONAL PROPERTY** | ☐ 720 Labor/Mgmt. Relations | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 370 Other Fraud | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 380 Other Personal Property Damage | ☐ 790 Other Labor Litigation | ☐ 861 HIA (1395ff) |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 385 Property Damage Product Liability | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 862 Black Lung (923) |
| ☐ 220 Foreclosure | ☐ 442 Employment | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | ☐ 864 SSID Title XVI |
| ☐ 240 Torts to Land | ☐ 444 Welfare | **Habeas Corpus:** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 865 RSI (405(g)) |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 530 General | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 891 Agricultural Acts |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 535 Death Penalty | | ☐ 892 Economic Stabilization Act |
| | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 893 Environmental Matters |
| | | ☐ 550 Civil Rights | | ☐ 894 Energy Allocation Act |
| | | ☐ 555 Prison Condition | | ☐ 895 Freedom of Information Act |
| | | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | | | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1  Original Proceeding
☐ 2  Removed from State Court
☐ 3  Remanded from Appellate Court
☐ 4  Reinstated or Reopened
☐ 5  Transferred from another district (specify)
☐ 6  Multidistrict Litigation
☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. § 271

Brief description of cause:
patent infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE   Sleet   DOCKET NUMBER   08-305

DATE
7/22/2008

SIGNATURE OF ATTORNEY OF RECORD
/s/ Jack B. Blumenfeld

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

JS 44 Reverse  (Rev. 11/04)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.    (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.    Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.    Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.    Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.    Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**          Example:          U.S. Civil Statute: 47 USC 553
                                                                     Brief Description: Unauthorized reception of cable service

**VII.    Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.    Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.