AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ____Delaware____

ASTRAZENECA LP, AKTIEBOLAGET DRACO,
KBI INC. and KBI-E INC.,
        Plaintiffs,

V.

MYLAN PHARMACEUTICALS, INC.,
        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-453

TO: (Name and address of Defendant)

Mylan Pharmaceuticals, Inc.
c/o Secretary of State
Division of Corporations
John G. Townsend Building
401 Federal Street - Suite 4
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              7/22/08

CLERK                                     DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 22, 2008 |
| NAME OF SERVER *(PRINT)* Daniel A. Boylan | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By hand delivering a copy of the summons and complaint to Mylan Pharmaceuticals, Inc., c/o State of Delaware - Secretary of State Division of Corporations, John G. Townsend Building, 401 Federal Street - Suite 4, Dover, DE 19901 pursuant to 10 Del. C. § 3104

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 22, 2008
            *Date*

*Signature of Server*

800 North King Street
Suite 102
Wilmington, DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.