IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, AKTIEBOLAGET DRACO, KBI INC. AND KBI-E INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 08-453-GMS ) ) ) ) ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Ron E. Shulman and Terry Kearney of Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304 and Roger J. Chin of Wilson Sonsini Goodrich & Rosati, One Market Street, Spear Tower, Suite 3300, San Francisco, CA 94105 to represent Defendant Mylan Pharmaceuticals Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: August 8, 2008
876910 / 33328

*Attorneys for Defendant*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                        United States District Judge

## **CERTIFICATION BY COUNSEL TO BE AMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: August 8, 2008                /s/ Ron E. Shulman
                                    Ron E. Shulman
                                    Wilson Sonsini Goodrich & Rosati
                                    650 Page Mill Road
                                    Palo Alto, California 94304
                                    Tel: (650) 493-9300
                                    rshulman@wsgr.com

## **CERTIFICATION BY COUNSEL TO BE AMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: August 8, 2008

/s/ Terry Kearney
Terry Kearney
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304
Tel: (650) 493-9300
tkearney@wsgr.com

## CERTIFICATION BY COUNSEL TO BE AMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion


Date: August 8, 2008

/s/ Roger J. Chin
Roger J. Chin
Wilson Sonsini Goodrich & Rosati
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Tel: (415) 947-2000
rchin@wsgr.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 8, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 8, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Jack B. Blumenfeld | George F. Pappas |
| James W. Parrett, Jr. | Jeffrey B. Elikan |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Edward H. Rippey |
| 1201 North Market Street | Andrea G. Reister |
| P.O. Box 1347 | Sarah J. Chickos |
| Wilmington, DE 19899 | Derek J. Fahnestock |
| jblumenfeld@mnat.com | COVINGTON & BURLING LLP |
| jparrett@mnat.com | 1201 Pennsylvania Ave., NW |
| | Washington, DC 20004 |
| | gpappas@cov.com |
| | jelikan@cov.com |
| | erippey@cov.com |
| | areister@cov.com |
| | schickos@cov.com |
| | dfahnestock@cov.com |

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

877570 / 33328