IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, AKTIEBOLAGET DRACO, KBI INC. and KBI-E INC., <br><br>Plaintiffs, <br><br>v. <br><br>MYLAN PHARMACEUTICALS, INC., <br><br>Defendant. | ) ) ) ) ) ) ) C.A. No. 08-453 ) ) ) ) ) |

## ENTRY OF APPEARANCE

Please enter the appearance of Derek Fahnestock (Del. Bar No. 4705) of COVINGTON & BURLING LLP, 1201 Pennsylvania Avenue, N.W., Washington, D.C. 20004 on behalf of Plaintiffs.

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
James W. Parrett, Jr. (#292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jparrett@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel*:

George F. Pappas
Jeffrey B. Elikan
Edward H. Rippey
Andrea G. Reister
Sarah J. Chickos
Derek J. Fahnestock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-6000

August 8, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

I also certify that copies were caused to be served on August 8, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL
and HAND DELIVERY**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19801

**BY ELECTRONIC
and FIRST CLASS MAIL**

Ron E. Shulman, Esquire
Terry Kearney, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94304

Roger J. Chin, Esquire
WILSON SONSINI GOODRICH & ROSATI
One Market Street
Spear Tower – Suite 3300
San Francisco, CA  94105

James W. Parrett, Jr. (#4292)