IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, AKTIEBOLAGET DRACO, KBI INC. and KBI-E INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 08-453 (GMS) |
| MYLAN PHARMACEUTICALS, INC., | ) ) ) ) |
| Defendant. | ) |

**PLAINTIFFS' ANSWER TO COUNTERCLAIM**

Plaintiffs AstraZeneca LP, Aktiebolaget Draco, KBI Inc., and KBI-E Inc., by their attorneys, answer the numbered paragraphs of the Counterclaim of Defendant Mylan Pharmaceuticals, Inc. ("Mylan") as follows:

1. Plaintiffs admit that Mylan's Counterclaim purports to seek a declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202. The remainder of paragraph 1 states legal conclusions to which no responses are required. To the extent that a response is required, the allegations are denied.

2. Plaintiffs admit the allegations of paragraph 2.

3. Plaintiffs deny the allegations of paragraph 3.

4. Plaintiffs deny the allegations of paragraph 4.

5. Plaintiffs deny the allegations of paragraph 5.

6. Plaintiffs admit that an actual and justiciable controversy exists between the parties with respect to Mylan's infringement of U.S. Patent No. 6,423,340. All remaining allegations of paragraph 6 are denied.

7. Plaintiffs admit the allegations of paragraph 7.

8. Plaintiffs deny the allegations of paragraph 8.

9. Plaintiffs deny the allegations of paragraph 9.

10. Plaintiffs deny the allegations of paragraph 10.

11. Plaintiffs admit that an actual and justiciable controversy exists between the parties with respect to Mylan's infringement of U.S. Patent No. 5,643,602. All remaining allegations of paragraph 11 are denied.

## RELIEF

12. Plaintiffs deny that Mylan is entitled to any of the relief it has requested or to any other relief.

13. Any allegation contained in Mylan's Answer, Affirmative Defenses, Counterclaim, and Prayer for Relief that is not specifically admitted is denied.

## PLAINTIFFS' AFFIRMATIVE DEFENSES

14. Mylan's Counterclaim is barred in whole or in part for failure to state a claim upon which relief may be granted.

15. Plaintiffs reserve the right to assert any additional defenses that discovery may reveal.

## PLAINTIFFS' PRAYER FOR RELIEF

WHEREFORE, Plaintiffs seek the following relief:

A. A judgment dismissing with prejudice Mylan's Counterclaim;

B. A finding that this is an exceptional case, and an award of attorneys' fees to Plaintiffs pursuant to 35 U.S.C. § 285;

C.   An award of costs and expenses of Plaintiffs in defending the Counterclaim; and

D.   Such further and other relief as this Court determines to be just and proper.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
Jblumenfeld@mnat.com

*Attorneys for Plaintiffs*

*Of Counsel:*

George F. Pappas
Jeffrey B. Elikan
Edward H. Rippey
Andrea G. Reister
Sarah J. Chickos
Derek J. Fahnestock
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 662-6000

September 2, 2008

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

I also certify that copies were caused to be served on September 2, 2008 upon the following in the manner indicated:

**BY ELECTRONIC MAIL
and HAND DELIVERY**

Richard L. Horwitz, Esquire
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19801

**BY ELECTRONIC
and FIRST CLASS MAIL**

Ron E. Shulman, Esquire
Terry Kearney, Esquire
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304

Roger J. Chin, Esquire
WILSON SONSINI GOODRICH & ROSATI
One Market Street
Spear Tower – Suite 3300
San Francisco, CA 94105

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)