# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, AKTIEBOLAGET DRACO, KBI INC. and KBI-E INC., <br><br> Plaintiff, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )     C.A. No. 08-305 (GMS) |
| ASTRAZENECA LP, AKTIEBOLAGET DRACO, KBI INC. and KBI-E INC., <br><br> Plaintiff, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) )     C.A. No. 08-453 (GMS) |

## STIPULATION ON CONSOLIDATION
## AND [PROPOSED] ORDER

WHEREAS, Defendant Mylan Pharmaceuticals, Inc. ("Mylan") has submitted an abbreviated new drug application ("ANDA") to the FDA seeking FDA approval commercially to manufacture, use, import, offer for sale or sell, a generic version of ENTOCORT® EC prior to the expiration of U.S. Patent No. 6,423,340 ("'340 patent") and 5,643,602 ("'602 patent").

WHEREAS, Defendant Barr Laboratories, Inc. ("Barr") has submitted an ANDA to the FDA seeking FDA approval commercially to manufacture, use, import, offer for sale or sell, a generic version of ENTOCORT® EC prior to the expiration of the '340 patent and '602 patent.

WHEREAS, Plaintiffs AstraZeneca, LP, Aktiebolaget Draco, KBI Inc., and KBI-E Inc. have filed suit in the above-captioned actions against Barr and Mylan alleging, *inter alia*, infringement of the '340 patent and the '602 patent under 35 U.S.C. § 271(e)(2)(A).

NOW THEREFORE, the parties stipulate and agree, subject to approval by the Court, that the two above-captioned cases shall be consolidated for all pretrial purposes. The parties further agree that the propriety of consolidating the two above-captioned cases for purposes of trial shall be considered at such time as may be appropriate (and that each party reserves its right to take any position on this issue). Hereafter all papers will be filed under C.A. No. 08-305-GMS.

**SO AGREED AND STIPULATED:**

| | |
|---|---|
| PHILLIPS, GOLDMAN & SPENCE, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ John C. Philips Jr.* | */s/ Jack B. Blumenfeld* |
| John C. Philips Jr. (#110)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgslaw.com | Jack B. Blumenfeld (#1014)<br>James W. Parrett, Jr. (#4292)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jparrett@mnat.com |
| George C. Lombardi<br>Bradley C. Graveline<br>Amy Flaherty Hartman<br>Eric L. Broxterman<br>Data E. Schaffner<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>(312) 558-5600 | George F. Pappas<br>Jeffrey B. Elikan<br>Edward H. Rippey<br>Andrea G. Reister<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>(202) 662-6000 |
| *Attorneys for Defendant<br>Barr Laboratories, Inc.* | *Attorneys for Plaintiffs<br>AstraZeneca LP, Aktiebolaget Draco,<br>KBI Inc. and KBI-E Inc* |

POTTER ANDERSON & CORROON LLP

*/s/ Richard L. Horwitz*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Ron E. Shulman
Terry Kearney
WILSON SONSINI GOODRICH & ROSATI PC
650 Page Mill Road
Palo Alto, CA  94304
(650) 493-9300

Roger J. Chin
WILSON SONSINI GOODRICH & ROSATI PC
One Market Tower
Spear Tower, Suite 3300
San Francisco, CA  94105
(415) 947-2000

*Attorneys for Defendant*
  *Mylan Pharmaceuticals Inc.*


So ORDERED this _____ day of _____, 2009.


_____
                        CHIEF JUDGE