# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, AKTIEBOLAGET DRACO, KBI INC. and KBI-E INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C. A. No. 08-453 (GMS) <br> ) <br> ) REDACTED - <br> ) PUBLIC VERSION <br> ) |

## PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                              Jack B. Blumenfeld (#1014)
                                              Maryellen Noreika (#3208)
                                              Karen Jacobs Louden (#2881)
                                              1201 North Market Street
                                              P.O. Box 1347
                                              Wilmington, DE  19899
                                              (302) 658-9200
                                              jblumenfeld@mnat.com
                                              mnoreika@mnat.com
                                              klouden@mnat.com

OF COUNSEL:                                   *Attorneys for Plaintiffs*

George F. Pappas
Jeffrey B. Elikan
Andrea G. Reister
Edward H. Rippey
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 662-6000

May 25, 2011 - Original Filing Date
May 31, 2011 - Redacted Filing Date

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, AKTIEBOLAGET DRACO, KBI INC. and KBI-E INC., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C. A. No. 08-453 (GMS) |
| MYLAN PHARMACEUTICALS, INC., ) ) | REDACTED - PUBLIC VERSION |
| Defendant. ) | |

### PLAINTIFFS' MOTION FOR A TEMPORARY
### RESTRAINING ORDER AND A PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65(b), Plaintiffs move for an immediate temporary restraining order and a subsequent preliminary injunction to prevent Defendant from manufacturing, importing, or flooding the market with its generic oral budesonide product until at least after this Court issues its decision on whether Defendant's product infringes claim 1 of U.S. Patent No. 5,643,602.

The grounds for this motion are set forth in Plaintiffs' opening brief and the supporting declarations submitted herewith. A form of Order is attached.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

OF COUNSEL:

George F. Pappas
Jeffrey B. Elikan
Andrea G. Reister
Edward H. Rippey
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 662-6000

May 25, 2011 - Original Filing Date
May 31, 2011 - Redacted Filing Date

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
klouden@mnat.com

*Attorneys for Plaintiffs*