## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTRAZENECA LP, AKTIEBOLAGET DRACO, KBI INC. and KBI-E INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 08-453 (GMS) |
| MYLAN PHARMACEUTICALS, INC., | ) ) | REDACTED - PUBLIC VERSION |
| Defendant. | ) | |

## DECLARATION OF DAVID P. SNOW

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
klouden@mnat.com

OF COUNSEL:

George F. Pappas
Jeffrey B. Elikan
Andrea G. Reister
Edward H. Rippey
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 662-6000

*Attorneys for Plaintiffs*

May 25, 2011 - Original Filing Date
May 31, 2011 - Redacted Filing Date

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ASTRAZENECA LP, AKTIEBOLAGET
DRACO, KBI INC. and KBI-E INC., )
)
Plaintiffs, )
)
v. )     C. A. No. 08-453 (GMS)
)     CONFIDENTIAL –
MYLAN PHARMACEUTICALS, INC., )        FILED UNDER SEAL
)
Defendant. )

## DECLARATION OF DAVID P. SNOW

I, David Snow, declare as follows:



- 1 -











Executed on __May 18th__, 2011

David P. Snow

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2011, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on May 25, 2011 upon the following in the manner indicated:

## BY ELECTRONIC MAIL

> Richard L. Horwitz, Esquire
> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP
> 1313 North Market Street
> Wilmington, DE  19801

> Matthew A. Argenti, Esquire
> WILSON SONSINI GOODRICH & ROSATI
> 650 Page Mill Road
> Palo Alto, CA  94304

> Nicole Stafford, Esquire
> WILSON SONSINI GOODRICH & ROSATI
> 900 South Capital of Texas Highway
> Las Cimas IV – Fifth Floor
> Austin, TX  78746

> Stuart A. Williams, Esquire
> WILSON SONSINI GOODRICH & ROSATI
> 1301 Avenue of the Americas
> 40th Floor
> New York, NY  10019

> */s/ Maryellen Noreika*
> _____
> Maryellen Noreika (#3208)

2