## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA LP, AKTIEBOLAGET DRACO, KBI INC. and KBI-E INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>MYLAN PHARMACEUTICALS, INC., )<br><br>Defendant. ) | C. A. No. 08-453 (GMS)<br><br>REDACTED -<br>PUBLIC VERSION |

### DECLARATION OF CHRISTOPHER J. BOKHART

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>Karen Jacobs Louden (#2881)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br>klouden@mnat.com |
| OF COUNSEL: | *Attorneys for Plaintiffs* |

George F. Pappas
Jeffrey B. Elikan
Andrea G. Reister
Edward H. Rippey
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 662-6000

May 25, 2011 - Original Filing Date
May 31, 2011 - Redacted Filing Date

REDACTED

IN ITS

ENTIRETY