# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

MARYELLEN NOREIKA
302 351 9278
302 425 3011 FAX
mnoreika@mnat.com

May 25, 2011 - Original Filing Date
May 31, 2011 - Redacted Filing Date

REDACTED - PUBLIC VERSION

The Honorable Gregory M. Sleet   *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *AstraZeneca LP, et al. v. Mylan Pharmaceuticals, Inc.*
            C.A. No. 08-453 (GMS)

Dear Chief Judge Sleet:

      Enclosed is a letter from Thomas A. Stevens, Assistant General Counsel at AstraZeneca [REDACTED] updating the Court on the status of the litigation.

                                 Respectfully,

                                 */s/ Maryellen Noreika*

                                 Maryellen Noreika (#3208)

MN/dlb
Enclosure
cc:    Clerk of Court (Via Hand Delivery; w/ encl.)
        Richard L. Horwitz, Esquire (Via Electronic Mail; w/ encl.)
        Stuart A. Williams, Esquire (Via Electronic Mail; w/ encl.)
        George F. Pappas, Esquire (Via Electronic Mail; w/ encl.)